AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Massachusetts

DEBORAH SIROTKIN BUTLER

V.

CHRYSLER CORPORATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05  11679 JLT

TO: (Name and address of Defendant)

Chrysler Corporation         c/o  CT Corporations Systems
1000 Chrysler Drive               101 Federal Street
Auburn Hills, MI   48326          Boston, MA   02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer M. Lamanna, Esq.
ERCOLINI & LAMANNA
454 Broadway - Suite 306
Revere, MA   02151

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE    AUG 1 2 2005

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

(1)

August [illegible]

I hereby certify and return that on 8/16/2005 at [illegible]PM I served a true and attested copy of the Summons, Complaint and Cover Sheet, Civil Cover Sheet in this action in the following manner: To wit, by delivering in hand to [illegible] [illegible], Process Clerk, agent at the time of service for [illegible], [illegible] 101 Federal Street, Boston, MA. U.S. District Court Fee [illegible], [illegible] Fee [illegible], Travel [illegible], Postage and Handling [illegible], Attest/Copies [illegible] Total Charges $40.00

Deputy Sheriff John Cotter

Deputy Sheriff

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date

*Signature of Server*

*Address of Server*

