UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11679-JLT

DEBORAH SIROTKIN BUTLER
    Plaintiff,

v.

CHRYSLER CORPORATION
    Defendant.

## NOTICE OF APPEARANCE

To The Clerk Of The Above Named Court:

In accordance with Local Rule 83.5.2, please enter my appearance as attorney for defendant, DaimlerChrysler Corporation, in the above-referenced matter.

Respectfully submitted,

Defendant,
DaimlerChrysler Corporation,
By its attorney,

_____
James P. Kerr, BBO # 564538
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
TEL: (617) 482-8100
FAX: (617) 482-3917

## CERTIFICATE OF SERVICE

I, James P. Kerr, attorney for the defendant, DaimlerChrysler Corporation, hereby certify that on the 2nd day of September, 2005, a true copy of the foregoing Notice of Appearance, was served by mail, postage prepaid, directed to:

Jennifer M. Lamanna, Esq.
Ercolini & Lamanna
454 Broadway, Suite 306
Revere, MA  02151

_____
James P. Kerr