UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11679-JLT

DEBORAH SIROTKIN BUTLER
    Plaintiff,

v.

CHRYSLER CORPORATION
    Defendant.

## DAIMLERCHRYSLER CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, the defendant, DaimlerChrysler Corporation states that it is the indirect, wholly owned subsidiary of DaimlerChrysler AG, a stock corporation organized under the laws of the Federal Republic of Germany. No other publicly held company owns 10% or more of DaimlerChrysler Corporation's stock.

Defendant,
DaimlerChrysler Corporation
By its attorneys,

_____
Peter M. Durney BBO # 139260
James P. Kerr, BBO # 564538
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

2

## CERTIFICATE OF SERVICE

I, James P. Kerr, attorney for the Defendant, DaimlerChrysler Corporation, hereby certify that on the 2nd day of September, 2005, a true copy of the foregoing DaimlerChrysler Corporation's Corporate Disclosure Statement, was served by mail, postage prepaid, directed to:

Jennifer Lamanna, Esq.
Ercolini & Lamanna
454 Broadway, Suite 306
Revere, MA 02151

_____
James P. Kerr