UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11679-JLT

DEBORAH SIROTKIN BUTLER
Plaintiff,

v.

CHRYSLER CORPORATION
Defendant.

## JOINT STATEMENT OF THE PARTIES

Pursuant to United States District Court Local Rule 16.1(D), the parties propose the following schedule for the proceeding:

### I. JOINT DISCOVERY PLAN AND FILING OF MOTIONS

1. Discovery shall be completed by February 15, 2007.

2. All motions pursuant to Fed. R. Civ. P. 12, 15, 19 and 20 shall be filed no later than March 1, 2006.

3. All requests for production of documents pursuant to Fed. R. Civ. P. 34, and all interrogatories propounded pursuant to Fed. R. Civ. P. 33 shall be served no later than May 1, 2006. All answers/responses to the written discovery indicated above shall be served no later than August 1, 2006.

4. All factual depositions (non-expert witnesses) shall be concluded no later than August 15, 2006.

5. Plaintiff's counsel agrees to provide releases for all of plaintiff's medical records.

6. The number of non-expert depositions that each side may take is limited to 10, exclusive of any Keeper of Records depositions.

7. The plaintiff shall identify her experts pursuant to Fed. R. Civ. P. 26(a)(2) on or before September 15, 2006.

8. The defendant shall identify its experts pursuant to Fed. R. Civ. P. 26(a)(2) on or before December 1, 2006.

9. The experts may be deposed. With respect to the payment of expert fees under Fed. R. Civ. P 26(a)(4)(C), the parties shall be responsible for paying the other party's experts' fees for time spent in deposition, and reasonable travel expenses to and from deposition only. If practicable, plaintiff's experts shall be deposed by November 15, 2006, and defendant's experts shall be deposed by February 1, 2007.

10. All discovery motions under Rule 37 shall be filed on or before October 2, 2006.

11. All dispositive motions, including motions for summary judgment pursuant to Fed. R. Civ. P. 56 shall be filed on or before February 15, 2007.

12. A final pretrial conference shall be scheduled by the Court on or some time following October March 1, 2007.

13. The parties expect to be ready for trial by April, 2007.

## II. TRIAL BEFORE A MAGISTRATE

The parties are currently discussing whether to try this case before a magistrate.

## III. CERTIFICATIONS

The parties' counsel have conferred with their clients as to establishing a budget or cost for the litigation and with respect to ADR programs. The parties' Certificates Pursuant to Local Rule 16.1(D)(3) are attached hereto.

| | |
|---|---|
| Plaintiff, | Defendant, |
| Deborah Sirotkin Butler, | DaimlerChrysler Corporation, |
| By her attorney, | By its attorneys, |

_____  
Jennifer Lamanna, BBO#637434  
ERCOLINI & LAMANNA  
454 Broadway, Suite 306  
Revere, MA 02151  
(781) 284-2768

_____  
Peter M. Durney, BBO# 451560  
James P. Kerr, BBO # 564538  
CORNELL & GOLLUB  
75 Federal Street  
Boston, MA 02110  
(617) 482-8100

## CERTIFICATE OF SERVICE

I, James P. Kerr, attorney for defendant DaimlerChrysler Corporation, hereby certify that on the 28th day of November, 2005, a true copy of the foregoing Joint Statement Pursuant to Local Rule 16.1(D) was served by first class mail, postage prepaid, directed to:

Jennifer Lamanna, Esq.  
ERCOLINI & LAMANNA  
454 Broadway, Suite 306  
Revere, MA 02151

_____  
James P. Kerr

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11679-JLT

DEBORAH SIROTKIN BUTLER
Plaintiff,

v.

CHRYSLER CORPORATION
Defendant

**PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 16.1**

The undersigned party and counsel hereby certify the following, pursuant to Local Rule 16.1:

1. We have conferred to establish a budget for managing the costs of conducting the full course of litigation in this matter; and

2. We have conferred to consider the possible resolution of this matter through the use of an alternative dispute resolution program.

Signed under the pains and penalties of perjury this eighteenth day of November, 2005,

_____          _____
Deborah Sirotkin Butler, Plaintiff              Jennifer M. Lamanna, Esq.
                                                 BBO#637434
                                                 ERCOLINI & LAMANNA
                                                 454 Broadway, Suite 306
                                                 Revere, MA 02151
                                                 (781) 284-2768

Date: November 18, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11679-JLT

DEBORAH SIROTKIN BUTLER
    Plaintiff,

v.

CHRYSLER CORPORATION
    Defendant.

### DEFENDANT DAIMLERCHRYSLER CORPORATION'S CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

I, Julie Bonneville, certify as follows:

1. My name is Julie Bonneville and I am employed as Staff Counsel by DaimlerChrysler Corporation, Auburn Hills, Michigan.

2. I am authorized to confer and have conferred with James P. Kerr, representing DaimlerChrysler Corporation, regarding the following issues:

   a) a budget for the costs of conducting the full course – and alternative courses – of the litigation; and

   b) the advisability of resolving this litigation through the use of various alternative dispute resolution programs.

_____
Julie Bonneville

_____
James P. Kerr, BBO# 564538
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

Dated: November 28, 2005