UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEBORAH SIROTKIN BUTLER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11679-JLT |
| | * | |
| CHRYSLER CORPORATION | * | |
| | * | |
| Defendant. | * | |

ORDER

December 6, 2005

TAURO, J.

After a Conference held on December 6, 2005, this court hereby orders that:

1. Defendant has until December 20, 2005 to identify persons knowledgeable about designated issues. Plaintiff is authorized to depose those individuals;

2. Defendant may depose the following: (1) Deborah Sirotkin Butler; (2) Mark Butler; (3) Charlotte Sanford; and (4) Burlington Dodge pursuant to Rule 30(b)(6);

3. All abovementioned depositions must be completed by April 28, 2006; and

4. A Further Conference will be held on May 9, 2006.

IT IS SO ORDERED.

  /s/ Joseph L. Tauro
United States District Judge