UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11679-JLT

| | |
|---|---|
| DEBORAH SIROTKIN BUTLER | ) |
|         Plaintiff | ) |
| v. | ) |
| DAIMLER-CHRYSLER CORP. | ) |
|         Defendant | ) |

### NOTICE OF COUNSEL'S CHANGE OF ADDRESS

To the Clerk of the above-named Court:

Notice is hereby given that the mailing address and contact information for Jennifer M. Lamanna, Esq., counsel for the Plaintiff, Deborah Sirotkin Butler, has been changed to the following:

> Jennifer M. Lamanna, Esq.
> ERCOLINI & LAMANNA
> 380 Pleasant Street, Suite 2-4
> Malden, MA 02148
> (781) 324-2425

Respectfully submitted,

Jennifer M. Lamanna, Esq.
ERCOLINI & LAMANNA
BBO#637434
380 Pleasant Street, Suite 2-4
Malden, MA 02148
(781) 324-2425

Dated: February 6, 2006

### CERTIFICATE OF SERVICE

    I, Jennifer M. Lamanna, Esq., attorney for the Plaintiff, hereby certify that I served a copy of the foregoing document on counsel for the Defendant by first class mail this 6th day of February, 2006.

Jennifer M. Lamanna