UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBORAH SIROTKIN BUTLER,            *
                                    *
            Plaintiff,              *
                                    *
v.                                  *    Civil Action No. 05-11679-JLT
                                    *
CHRYSLER CORPORATION,               *
                                    *
            Defendant.              *

ORDER

May 9, 2006

TAURO, J.

After a conference held on May 9, 2006, this court hereby orders that:

1. Plaintiff may depose: (1) Guy Newholtz;

2. Plaintiff shall complete the abovementioned deposition on or before July 31, 2006;

3. Plaintiff has until August 31, 2006 to file expert designations;

4. Plaintiff has until September 29, 2006 to file expert reports;

5. Defendant has until November 30, 2006 to file its expert designations and expert reports; and

6. A Final Pretrial Conference will be held on December 5, 2006 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge