UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11679-JLT

DEBORAH SIROTKIN BUTLER
    Plaintiff,

v.

CHRYSLER CORPORATION
    Defendant.

**DEFENDANT DAIMLERCHRYSLER CORPORATION'S
MOTION TO PRECLUDE EXPERT TESTIMONY AND FOR
<u>SUMMARY JUDGMENT</u>**

Defendant DaimlerChrysler Corporation moves, pursuant to Fed. R. Civ. P. 26(a)(2) and 37(c)(1) to preclude any untimely disclosed expert testimony offered on behalf of plaintiff, and further moves for summary judgment pursuant to Fed. R. Civ. P. 56 on all claims alleged by the plaintiff.

The defendant states the following in support of its Motion:

1.    Plaintiff has failed either to identify experts or provide expert reports as required by the Court's May 9, 2006 Scheduling Order.

2.    Plaintiff's action is based entirely on product liability claims. Plaintiff alleges in her Complaint that "[t]he design of the [subject 2000 Dodge Neon] under the

- 2 -

steering column is such that an individual operating the vehicle with the seat moved forward is placed at risk of serious injury in the event of a collision." As a matter of law, plaintiff cannot prove the requisite elements of those claims without qualified expert testimony concerning the existence of an alleged defect and well as a causal connection between the alleged defect and her alleged injuries. Without such testimony, plaintiff cannot create a genuine issue of material fact for the jury. The defendant is therefore entitled to judgment as a matter of law.

3. In support of its motion, the defendant refers the Court to:

   a) the Memorandum of Law in Support of Defendant DaimlerChrysler Corporation's Motion for Summary Judgment, and to

   b) Defendant DaimlerChrysler Corporation's Rule 56.1 Statement of Undisputed Material Facts in support of its Motion for Summary Judgment, with citations to, and copies of, supporting materials, which are submitted herewith.

4. The defendant has made a good faith effort to comply with the requirements of Local Rule 7.1(a) by requesting a conference with plaintiff by letter on November 3, 2006. Plaintiff has made no response to the defendant's request for a

- 3 -

conference as of the date of filing of the present motion.  See Exhibit 1, Affidavit of James P. Kerr at Paragraphs 2-3, and Letter attached thereto at Tab A.

5.  The defendant has complied with the requirements of Local Rule 37.1 by requesting a conference with plaintiff on November 3, 2006.  Plaintiff has made no response to that request for a conference as of the date of filing of the present motion.  See Exh. 1 at Paragraphs 2-3.

REQUEST FOR HEARING

In accordance with Local Rule 7.1(D), the defendant requests a hearing on this motion if opposed.

WHEREFORE, the defendant DaimlerChrysler Corporation, requests that this Court preclude expert testimony for plaintiff, grant the defendant summary judgment on all Counts of the Plaintiff's Complaint and dismiss those Counts with prejudice.

Respectfully submitted,
Defendant,
DaimlerChrysler Corporation,
By its attorneys,

/s/  Peter M. Durney_____
Peter M. Durney, BBO # 139260
    PDurney@cornellgollub.com
James P. Kerr, BBO # 564538
    JKerr@cornellgollub.com
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

- 4 -

### CERTIFICATE OF SERVICE

I, Peter M. Durney attorney for the defendant, DaimlerChrysler Corporation, hereby certify that on the 13th day of November, 2006, a true copy of the foregoing Defendant DaimlerChrysler's Motion to Preclude Expert Testimony and for Summary Judgment, will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served via first-class mail, postage prepaid, upon anyone indicated as a non-registered participant, including:

Jennifer M. Lamanna, Esq.
ERCOLINI & LAMANNA
380 Pleasant Street, Suite 2-4
Malden, MA  02148

                                              /s/ Peter M. Durney_____
                                              Peter M. Durney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11679-JLT

DEBORAH SIROTKIN BUTLER
    Plaintiff,

v.

CHRYSLER CORPORATION
    Defendant.

**AFFIDAVIT OF JAMES P. KERR**

I, James P. Kerr, hereby depose and state:

1. In connection with this matter, I represent the defendant DaimlerChrysler Corporation.

2. On November 3, 2006, I sent to plaintiff's counsel the letter attached hereto as Exhibit 1, notifying plaintiff of the defendant's intention to file a motion for summary judgment based on plaintiff's failure to timely identify experts and file expert reports and offering to confer with plaintiff on these matters, as required by Local Rule 7.1(a) and 37.1.

3. The defendant has received no response of any kind to that letter as of the date of filing of the present motion.

Signed under the pains and penalties of perjury this 13th day of November, 2006.

//James P. Kerr
_____

## CORNELL & GOLLUB
ATTORNEYS AT LAW
75 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 482-8100
TELECOPIER (617) 482-3917
cgmail@cornellgollub.com

DAVID H. SEMPERT
PETER M. DURNEY°+
DAVID W. McGOUGH**+
THOMAS A. PURSLEY◊+
MARIE CHADEAYNE CHAFE△
JAMES P. KERR△
PATRICIA A. HARTNETT◊
GREGG P. BAILEY△
CHRISTINE A. KNIPPER
CARLO F. BONAVITA
JESSICA L. FRITZ☆△
NORAH K. MALLAM☆
PAUL R. KENNEDY
LORENA D. CAMPOZANO

ROBERT W. CORNELL
(1910-1987)
KARL L. GOLLUB
(1934-1985)

RHODE ISLAND OFFICE

148 MAIN STREET
WAKEFIELD, RHODE ISLAND 02879

TELEPHONE (401) 782-2072
TELECOPIER (401) 782-4941

△ ALSO ADMITTED IN CONNECTICUT
☆ ALSO ADMITTED IN MAINE
+ ALSO ADMITTED IN NEW HAMPSHIRE
° ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN PENNSYLVANIA
◊ ALSO ADMITTED IN RHODE ISLAND

November 3, 2006

Jennifer Lamanna, Esq.    **VIA FACSIMILE**
ERCOLINI & LAMANNA
380 Pleasant Street, Suite 24
Malden, MA  02148

RE:   Deborah Sirotkin Butler v. DaimlerChrysler Corporation

Dear Ms. Lamanna:

Based upon plaintiff's continuing failure to comply with the deadlines for expert disclosure stated in the Court's Order of May 9, 2006, we intend to file a Motion for Summary Judgment seeking the dismissal of plaintiff's claims against DaimlerChrysler Corporation.

I am writing to request a conference in compliance with Local Rules 7.1 and 37(c)(1). Please contact me immediately if you wish to confer on this matter.

Very truly yours,

James P. Kerr

JPK/bmh