UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11679-JLT

DEBORAH SIROTKIN BUTLER
        Plaintiff,

v.

CHRYSLER CORPORATION
        Defendant.

**DISCLOSURE OF EXPERT TESTIMONY OF DEFENDANT
DAIMLERCHRYSLER CORPORATION PURSUANT TO FED.R.CIV.P. 26(b)(2) AND
THE COURT'S ORDER DATED MAY 9, 2006**

**PRELIMINARY STATEMENT**

The defendant DaimlerChrysler Corporation files and serves herewith its disclosure of expert testimony pursuant to Fed.R.Civ.P. 26(b)(2) and the Court's Order dated May 9, 2006.

Pursuant to the Court Order of May, 2006, plaintiff was required to identify all experts by August 31, 2006 and to file and serve her expert disclosure by September 30, 2006. Plaintiff has failed to comply with the Court's Order, having neither identified nor disclosed experts nor any proposed expert testimony to date. As a result of plaintiff's continuing non-compliance, the defendant has had to prepare its expert disclosure without any opportunity to review that of the plaintiff.

The defendant filed on November 13, 2006 a Motion to Preclude Expert testimony and for Summary Judgment based upon plaintiff's failure to comply with the Court's Order. That

motion is now pending.  In the event that the plaintiff is ultimately permitted to disclose expert testimony, the defendant reserves the right to supplement its expert disclosure after review of plaintiff's disclosure.

       1.      Harry L. Smith, Ph.D., M.D.
               BIODYNAMIC RESEARCH CORPORATION
               5711 University Heights Blvd., Suite 100
               San Antonio, TX 78249
               (210) 691-0281

The defendant directs plaintiff to Exhibit A, attached hereto, for Dr. Smith's Report, curriculum vitae and testimony list.

In the event that plaintiff is permitted to present expert testimony, Dr. Smith is expected to testify in rebuttal to such testimony and opinions offered by the plaintiff's expert in supplementation to the opinions he has stated to date, and/or at trial.

The defendant reserves its right to supplement its expert disclosure and Dr. Smith's report in the event the plaintiff reveals any additional information concerning the subject incident, and should Dr. Smith conduct any further work and analysis.

The defendant reserves the right to supplement its expert disclosure if and when plaintiff is in full compliance with Rule 26(b)(2) and the Court's Order of May 9, 2006.

2.     Nicholas J. Durisek, Ph.D., P.E.
       TANDY ENGINEERING ASSOCIATES, INC.
       32100 Dobbin Huffsmith Road
       Magnolia, TX 77364
       (281) 363-0888

The defendant directs plaintiff to Exhibit B, attached hereto, for Dr. Durisek's Report which

incorporates Dr. Durisek's curriculum vitae and testimony list.

In the event that plaintiff is permitted to present expert testimony, Dr. Durisek is expected to

testify in rebuttal to such testimony and opinions offered by the plaintiff's expert in supplementation

to the opinions he has stated to date, and/or at trial.

The defendant reserves its right to supplement its expert disclosure and Dr. Durisek's report

in the event the plaintiff reveals any additional information concerning the subject incident, and

should Dr. Durisek conduct any further work and analysis.

The defendant reserves the right to supplement its expert disclosure if and when plaintiff

is in full compliance with Rule 26(b)(2) and the Court's Order of May 9, 2006.

Respectfully submitted,
Defendant,
DaimlerChrysler Corporation,
By its attorneys,

/s/  Peter M. Durney
Peter M. Durney, BBO # 139260
        PDurney@cornellgollub.com
James P. Kerr, BBO # 564538
        JKerr@cornellgollub.com
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

## CERTIFICATE OF SERVICE

I, Peter M. Durney attorney for the defendant, DaimlerChrysler Corporation, hereby certify that on the 30th day of November, 2006, a true copy of the foregoing Disclosure of Expert Testimony by the Defendant DaimlerChrysler Corporation Pursuant to Fed.R.Civ.P. 26(b)(2) and the Court's Order of May 9, 2006 was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/  Peter M. Durney
Peter M. Durney



**BIODYNAMIC RESEARCH CORPORATION**

November 22, 2006

Mr. James P. Kerr
Cornell & Gollub
75 Federal Street
Boston, MA  02110

Re:    *Butler, Deborah S. vs. DaimlerChrysler*

Dear Mr. Kerr:

Per your request, I am pleased to submit my conclusions and opinions in the referenced cause.
The purpose of this report is to set forth my general qualifications in addition to my opinions
about the crash which are based upon a biomechanical determination and injury causation
analysis, which includes a medical evaluation.

My professional background includes B.S. and M.S. degrees in Civil Engineering from Michigan
State University and a Ph.D. degree in Nuclear Engineering from Texas A&M University.  After
a number of years practicing engineering, to include crash test design and analysis among others,
I then obtained an M.D. degree from the University of Texas Health Science Center at San
Antonio.  Please see my curriculum vitae for additional details.

Initially practicing Emergency Room Medicine, I also pursued post graduate residencies in
Radiology and Nuclear Medicine leading to Board Certification in the latter two.  After spending
nine years as an Emergency Room physician from 1978 to1987, I currently maintain an active
clinical practice in Radiology and Nuclear Medicine as a radiologist in the private sector
attending to a mobile X-ray facility and medical facilities.

I am on the staff of the Audie Murphy VA Medical Center, a medical school-associated clinical
treatment and teaching facility, where I tend to patients and teach medical students, residents
from various disciplines and cardiology fellows.

I have taught radiology residents in my capacity as an assistant clinical professor at the
University of Texas Health Science Center at San Antonio and continue teaching residents and
fellows giving special emphasis to injury evaluation (biomechanics) as it relates to imaging
(Radiology).

Mr. James P. Kerr
November 22, 2006
Page 2

In association with other physician engineers during the past twenty-five years, I have had the opportunity to help develop a particular aspect of injury analysis by combining knowledge of both engineering and medicine. This effort included pooling engineering mechanics information with medical knowledge and experience, an ongoing research program of crash test research with both human and anthropomorphic test devices (dummies), and sharing this as well as other information and ideas with those in the industry and academia such as are represented by the Association for the Advancement of Automotive Medicine and the Society of Automotive Engineers among others. The result has been the formulation of an aspect of biomechanics founded on medicine and engineering such that our biomechanical injury analysis is one both medically based as well as engineering based (see my curriculum vitae for publications in this area).

Thus, in addition to my clinical medical practice I also consult in the field of biomechanics, specifically injury causation, occupant kinematics and related accident reconstruction. The litigation related component of biomechanical consulting has given rise to my rendering more than a thousand consultations preponderantly in the automotive arena where virtually all have included some aspect of restraint evaluation. I have given between 400 and 500 depositions and participated in 200 to 250 trials. Biodynamic Research Corporation charges $575.00 per hour for my time.

I have had available for review the following records:

- Operator's Report on 10/17/02

- Medical records of Deborah Butler from:
  Dr. Edward J. Mostone
  Lahey Clinic
  Metro West Medical Center
  HealthSouth
  Cambridge Hospital

- IME Report of Deborah Butler by Dr. Panos G. Panagakos

- Depositions (and exhibits as provided) of:
  Deborah S. Butler
  Charlotte Sanford
  Mark Crossman
  Guy Nusholtz
  Marc A. Butler

- Records from Arbella Mutual Insurance Company

- Records regarding previous incident involving Deborah Butler & subject vehicle (2000 Dodge Neon)

Mr. James P. Kerr
November 22, 2006
Page 3

- 2 color photocopies of photographs of 2000 Dodge Neon ES

- 48 color photographs of 2000 Dodge Neon

- 20 color photocopies of photographs of Deborah Butler

- Various pleadings and discovery

From my review of the various materials listed above, I have learned that on October 7, 2002, Ms. Deborah S. Butler was the operator of a 2000 Dodge Neon, 4-door Sedan stopped at the traffic signal for the Route 128 Middlesex Turnpike exit ramp when her car was contacted in the rear by a 1995 Geo Prizm driven by Ms. Charlotte Sandford.

According to the Incident Report completed by Deborah S. Butler on 10/07/02, she had just exited route 128 at the Middle sex Turnpike exit and she stopped for a red light. When the light turned green, she took her foot off the brake; however, before she could proceed through the intersection, when was struck from behind by Ms. Charlotte Sanford, who was driving a 1995 Prizm.

According to the Deposition of Deborah Sirotkin Butler, taken on 03/15/06, both vehicles were driven away from the scene by their respective drivers.

According to the Deposition of Charlotte Sanford, taken on 03/31/06, she was at a complete sop at a red light behind Deborah Butler waiting for the light to turn green. Ms. Butler's vehicle was approximately 1 – 1 ½ meters in front of Ms. Sanford, who was driving a 1995 Geo Prizm. Having a standard transmission, Ms. Sanford's vehicle was in neutral. At some point, Ms. Sanford sneezed (or coughed) and her foot came off the brake. Her vehicle slowly rolled causing the front bumper of the Sanford vehicle to make contact with the rear bumper of the Butler vehicle. It took her a minute to realize the two vehicles had made contact, and that is when Ms. Sanford backed up her vehicle and got out to see what, if any, damage either of the two vehicles had sustained. Ms. Sanford asked Ms. Butler if she was okay, to which Ms. Butler responded by giving her a "long list of health issues," none of which were due to the subject incident. After having inspected the two vehicles and realizing there was no damage to either one, along with Ms. Butler appearing to be fine at that time, Ms. Sanford felt no need to call the police to report the incident. The two women exchanged information.

According to the Deposition of Deborah Sirotkin Butler, taken on 03/15/06, she had just pulled off the interstate (95 or 128) and stopped at a red light to make a left-hand turn onto the Middlesex Turnpike. While waiting for the traffic signal to turn green, a car rear-ended her 2000 Dodge Neon. None of the airbags deployed as a result of the impact. Ms Butler prepared and filed a police report within the mandated five-day period.

According to the Hallmark Adjustment Burlington, date 10/17/02, Estimate of Record, the net cost of repairs to the 2000 Dodge Neon were placed at $328.92.

Mr. James P. Kerr
November 22, 2006
Page 4

Ms. Butler had previously been involved in an incident while driving the subject Neon wherein she was struck from behind by a SUV (July 2001). During this incident, she felt her vehicle "…going up in the air and coming sown and shaking around a lot…" The Neon was repaired at an estimated $2000 - $3000. Ms. Butler suffered a sprained neck, sprained shoulder (not specified which), and sprained "metatarsals" in the right ankle. When asked whether she sustained injury to her knee during this incident, she stated "they wrote that down because they saw a bruise on my knee so apparently my knee did hit something, probable the dashboard at that time, but I had no continuing pain or problem in the knee." (Not specified which). As a result of this incident, she stated she had continuing pain and problem in her right shoulder and right foot; her knee did not require follow-up treatment.

In another incident wherein she was driving a 1996 Buick (May 6th or 8th 2005), she was t-boned by a Corolla while driving her child to school. She suffered an internal injury to the right hip. Damages were estimated at $2300.

Ms. Butler testified she has had numerous physical problems before the date of the subject incident. She was born with double club feet and had both feet and legs rebuilt. She stated she has had to learn how to walk more than once; however, she does not recall specific problems with her left knee. She has a failing adrenal gland (congenital adrenal hyperplasia), inflammation and autoimmune issues, and has had "lots of falls." In 1986, she fell and hit her knee (not specified which). She also suffers from osteoarthritis, rheumatoid arthritis, and psoriatic arthritis.

Materials available of Ms. Butler's medical chronology prior to 10/07/02 start with a knee complaint secondary to a fall in 1986. Going forward in time, a plethora of medical issues surface to include congenital feet deformity, various endocrine disorders, left knee and neck injury (07/30/01) plus left knee contusion (08/07/01), upper back pain (08/21/01), dorsal right foot pain (09/14/01), and Lisfranc injury/dislocation (09/21/01).

The medical material available for review on Ms. Butler following the incident of 10/07/02, indicate the following:

- On 10/07/02, according to an orthopaedic office note dated 11/07/02, and/or outpatient physical therapy records dated 12/02/02, Ms. Butler, 54-year-old female attorney, was involved in a motor vehicle incident in which she had been the restrained driver of a vehicle that was rear-ended. She was able to get out of the vehicle and exchanged information with the other driver, but reportedly was in 'shock.' She did not seek medical attention until the next day when she presented to the office of Dr. Robert Liberman. In addition, her left knee reportedly became problematic over the next several days with question as to if the left knee had been "driven" into the dashboard.

- According to the records of Dr. Liberman (Lahey Clinic) dated 10/08/02, Ms. Butler presented alert and oriented times three status post a motor vehicle incident the previous

Mr. James P. Kerr
November 22, 2006
Page 5

afternoon at 1430 hours. She was examined on this date by Maureen G. Cleveland, N.P. [Nurse Practitioner]. The reported incident scenario was that while stopped at the bottom of a ramp on 128, her vehicle was rear-ended and she experienced some discomfort in both feet. Upon arriving at home, she then experienced more generalized discomfort. Specific complaints included the following: feeling there was a rock in her right upper back; right and left shoulder discomfort, right greater than left; right and left knees were uncomfortable when she would go from a sitting to a standing position, right greater than left; and, some right neck discomfort which increased with rotation of the head, as well as flexion of the shoulders. Past medical history was recited. Physically, Ms. Butler was noted to have ambulated with a steady gait, and her vital signs were stable. Examination findings were normal except for the following: an area of tenderness upon palpation of the right scapula where there was some slight edema; muscle spasm at the right trapezius muscle; right shoulder with full range of motion, but with pain upon external rotation; a dull pain experienced across the bilateral muscles of the feet when flexed against resistance; and, lateral dorsal regions for the feet were tender to palpation. Imaging studies done this date revealed mild hallux in the left foot, but otherwise bilaterally normal feet. Calcifications were seen along the expected course of the Achilles tendon bilaterally.

- On 10/15/02, Ms. Butler presented to the Lahey Clinic in follow-up of the 10/07/02 motor vehicle incident. Overall, she was noted to have felt much worse on this date than she had the week before, and she appeared to have correlated that with the fact that she was now tapering the Prednisone. Her most notable complaint was of some left knee discomfort which had caused her to ambulate with the use of a cane on at least one occasion. She stated that the left knee was swollen and stiff, and felt like it was locking at times. She also was still experiencing some minor right foot discomfort, as well as right-sided shoulder and neck discomfort. On physical examination, the patient was noted to have ambulated with a quite favored gait [sic], and abnormal findings were as follows: full range of motion of the neck, but with significant discomfort on extension; left lower extremity with flexion of the knee limited to approximately 75 degrees; a minor amount of edema to the lateral aspect of the left patella; upon direct palpation of the quadriceps muscle, there was some discomfort; surrounding the patella, there was also significant point tenderness directly on the patella; and, reflexes were 1+ and equal in the bilateral lower extremities.

- On 11/07/02, Ms. Butler presented to Dr. Robert A. Provost, Jr. (Lahey clinic) with the major problem of left knee pain, swelling, and an occasional feeling that the knee was going out of place. After physical examination, the impressions were a significant injury to the left knee with limitation of motion and associated soft tissue swelling with effusion. MRI of the left knee was ordered.

- On 11/14/02, Ms. Butler underwent an MRI of the left knee. The findings were as follows:

Mr. James P. Kerr
November 22, 2006
Page 6

1. Heterogeneous bone marrow edema inferior to the tibial spine present with what appeared to have been at least one subchondral cyst present;
2. Torn anterior cruciate ligament;
3. Posterior cruciate ligament likely partially intact;
4. Extensor mechanism may have a mild sprain;
5. Apparent oblique tear through the posterior horn of the lateral meniscus;
6. Appeared to have several full-thickness cartilaginous defects including a 7 mm defect along the medial femoral condyle and also a smaller one along the lateral trochlear groove; and,
7. Small amount of fluid posterior to the joint capsule measuring approximately 1 cm on sagittal images which partially communicated with the joint.

- The impression was status post tear of the anterior cruciate ligament with severe contusion of the posterior tibial plateau, but without evidence of fracture line or tibial plateau depression, and tearing of the posterior horn of the lateral meniscus.

In the months and years to follow, Ms. Butler was treated with various modalities for her left knee as well as for other long standing medical issues. The left knee issues appeared to resolve over time.

Based on a medical and engineering analysis of the incident using the information available to date, including a review of the medical records furnished to me, as well as my vehicle inspection of October 10, 2006, I have arrived at the following opinions:

1. Although I shall defer to the accident reconstructionist retained by you in this matter for details, it appears that the vehicle dynamics for the impact of 10/07/02, was a rear-end collision for Ms. Butler's 2000 Dodge Neon with a principal direction of force of 6 o'clock. Based on the damage (or lack thereof) observed and repair estimate, the crash severity was less than a 5 mph change in velocity (Delta V).

2. Ms. Butler's kinematics as a restrained driver during the incident of 10/07/02, was rearward with respect to her vehicle. She so encountered her seat back cushion with subsequent compression of same as her vehicle was likely caused to move some slight distance forward. To the extent she compressed her seat back cushion, some small amount of slack in her shoulder harness might have been generated. Any slack so created would have spooled up onto the retractor mechanism.

3. At the less than 5 mph Delta V for her vehicle, there would not have been measurable rebound of Ms. Butler upon cessation of her vehicle motion. In addition, as has been observed and experienced in prior low level rear end crash tests, the driver of the struck vehicle tends to be firmer coupled to the seat as a consequence of webbing spool-up [1,2].

Mr. James P. Kerr
November 22, 2006
Page 7

4. For reasons stated in para 3 above, the opportunity for Ms. Butler to move forward so as to contact the underdash structures of the 2000 Dodge Neon with her knees would have been nil. No evidence of contact was noted on the under dash at my inspection of the incident vehicle.

5. A review of the medical records yielded multiple subjective complaints for Ms. Butler prior to as well as following the event of 10/07/02 without demonstrating objective findings that would relate same to impact-created trauma to the knees, cervical or thoracic regions.

6. A minor rear impact such as was experienced by Ms. Butler has been known to create abrupt head and neck motion resulting in a rapid stretch of the cervical paraspinal musculature. Such abrupt motion has been known to induce muscular strain and create transient symptoms of acute neck musculature discomfort. Because her seat back and head rest in the subject car was intact, any hyper-extension of the cervical spine was prevented and, for the low level impact, insufficient rebound force was present to induce hyper-flexion.

7. Injuries from impact result when the mechanical stress of the tissues exceeds the tolerance value. The forces encountered by Ms. Butler in her 2000 Dodge Neon during the event of 10/07/02 were far below the threshold values for knee or cervical spine injury and are well within the range of those experienced in every day living activities. Additionally, the thoraco-lumbar spine is not only one of the strongest but also the most protected part of the spine in a rear end collision through the support of the seat back cushion and is not likely to be injured in the subject event to a degree of medical and engineering certainty.

8. Findings as noted on the left knee MRI are not created by impact to the knee. Instead, the typical mechanism of injury involves external rotation of the femur on a fixed tibia with the knee in extension. This condition would not have existed for Ms. Butler during the incident of 10/07/02; however, examples of such a mechanism are clipping injuries in football and skiing accidents [3].

9. To a degree of medical and engineering certainty there is no biomechanical mechanism in the collision event of 10/07/02 that could be construed to be the causation for Ms. Butler's ongoing medical conditions.

The foregoing opinions and conclusions are based on the available data. Although I have no reason to believe that any other additional information would affect my opinions and/or conclusions, if additional data does become available, I would appreciate the opportunity to integrate same and determine if such might, in any way, affect any opinion or conclusion reached in this matter and, if necessary, I will render a supplemental report.

Mr. James P. Kerr
November 22, 2006
Page 8

Should you require additional information, please do not hesitate to so inform me.

Sincerely,

Harry L. Smith, PhD, MD

HLS/clp
Enclosure: Curriculum Vitae

Mr. James P. Kerr
November 22, 2006
Page 9

## SELECTED REFERENCES

1. McConnell, WE, et al.: "Analysis of Human Test Subject Kinematic Responses to Low Velocity Rear End Impacts."  Presentation to Society of Automotive Engineers, Ind., 1993 SAE International Congress & Exposition, Detroit, MI, March 1993, SAE #930089.

2. Scott, MW et al.: "Comparison of Human and ATD Head Kinematics During Low-Speed Rearend Impacts."  Presentation to Society of Automotive Engineers, Inc., 1993 SAE International Congress & Exposition, Detroit, MI, March 1993, SAE #930094.

3. Stern, EJ: "Trauma Radiology Companion."  Lippincott – Raven, Philadelphia, PA, 1997, pp 332-333.


BIODYNAMIC RESEARCH CORPORATION

# HARRY L. SMITH, PhD, MD

## CURRICULUM VITAE

### EDUCATION

| | | |
|---|---|---|
| M.D. | University of Texas<br>Health Science Center at San Antonio<br>San Antonio, Texas | 1974-1978 |
| Ph.D. | Nuclear Engineering<br>Texas A&M University<br>College Station, Texas | 1966-1970 |
| B.S., M.S. | Civil Engineering<br>Michigan State University<br>East Lansing, Michigan | 1963-1966 |
| None | University of Illinois<br>Urbana, Illinois | 1958-1961 |
| Diploma | Stephen Decatur High School<br>Decatur, Illinois | 1956-1958 |
| None | Groen Van Prinsterer Lyceum<br>Vlaardingen, The Netherlands | 1953-1956 |
| Diploma | Van Kampen School<br>Vlaardingen, The Netherlands | 1947-1953 |

### POST GRADUATE MEDICAL TRAINING

| | | |
|---|---|---|
| Radiology Resident | Medical Center Hospital<br>& UT Health Science Center<br>San Antonio, Texas | 1978-1980 |
| Nuclear Med Resident | Audie Murphy VA Medical Center<br>& UT Health Science Center<br>San Antonio, Texas | 1980-1982 |

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
www.BRConline.com
(210) 691-0281

HARRY L. SMITH, PhD, MD
Curriculum Vitae
Page 1 of 10
October 2006

| Radiology Resident | Medical Center Hospital & UT Health Science Center San Antonio, Texas | 1982-1983 |

## MILITARY STATUS

Lieutenant Colonel, United States Army Reserves (Retired)

## PROFESSIONAL EXPERIENCE

| Director and Principal Consultant Biodynamic Research Corporation San Antonio, Texas | 1986-Present |

| Staff Physician Audie Murphy VA Medical Center San Antonio, Texas | 1990-Present |

| Owner Colonnade Radiology Consultants San Antonio, Texas | 1994-Present |

| Consulting Radiologist Alamo Mobile X-Ray & EKG Service San Antonio, Texas | 1994-Present |

| Radiologist and Nuc Med Physician Village Dr. X-Ray & Nuclear Scan Lab, Inc. San Antonio, Texas | 1983-1994 |

| Public Health Officer 321st Civil Affairs Bde. San Antonio, Texas | 1985-1995 |

| Attending Physician Colonial Hills Hospital San Antonio, Texas | 1984-1990 |

| Attending Physician Afton Oaks Hospital San Antonio, Texas | 1988-1994 |

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
www.BRConline.com
(210) 691-0281

HARRY L. SMITH, PHD, MD
Curriculum Vitae
Page 2 of 10
October 2006

| | |
|---|---|
| Consulting Radiologist<br>Computerized Diagnostic Lab<br>San Antonio, Texas | 1984-1990 |
| Consulting Radiologist<br>Chase-Medstat Mobile X-Ray Service<br>San Antonio, Texas | 1983-1993 |
| Emergency Room Physician<br>Harry L. Smith, M.D. and Associates<br>San Antonio, Texas | 1978-1987 |
| Command Surgeon & Flight Surgeon<br>90th US Army Reserve Command<br>San Antonio, Texas | 1978-1985 |
| Nuc Med Science Officer (MOS 3308)<br>U.S. Army Environmental Hygiene Agency,<br>APG, Maryland | 1972-1974 |
| Ops Research/Sys<br>U.S. Army Safeguard Systems Analyst (MOS 2167)<br>   Evaluation Agency<br>White Sands Missile Range, New Mexico | 01/72-08/72 |
| Area Intelligence Officer (MOS 9668)<br>Headquarters, Military Asst Command<br>Saigon, Vietnam | 01/71-12/71 |
| Nuc Weapons Effect Officer (MOS 7330)<br>U.S. Army Missile Test & Evaluation Directorate<br>WSMR, New Mexico | 01/70-12/70 |
| Engineering Research Associate<br>Texas Transportation Inst.<br>Bryan, Texas | 1968-1970 |
| Health Physicist<br>U.S. Atomic Energy Commission<br>Idaho Falls, Idaho | 06/67-09/67 |
| Civil Engineer & Plant Engineer<br>AE Staley Manufacturing Co.<br>Decatur, Illinois | 08/63-09/66 |

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
www.BRConline.com
(210) 691-0281

HARRY L. SMITH, PHD, MD
Curriculum Vitae
Page 3 of 10
October 2006

Engineering Draftsman                                    1961-1962
Allied Paper Corporation
Kalamazoo, Michigan

## PROFESSIONAL REGISTRATIONS

Diplomate, American Board of Radiology, June 1985
Diplomate, American Board of Nuclear Medicine, September 11, 1982
Texas State Board of Medical Examiners, August 27, 1978, F2017

## PROFESSIONAL AFFILIATIONS

American Medical Association
Texas State Medical Association
Bexar County Medical Society
Radiological Society of North America[*]
Texas Radiology Society
American College of Radiology*
Society of Nuclear Medicine
American College of Nuclear Physicians[*]
American Nuclear Society[*]
Health Physics Society
Southwest Chapter, HPS
American College of Emergency Physicians[*]
Association for the Advancement of Automotive Medicine, Fellow
Society of Automotive Engineers
San Antonio Ultrasound Society, Past President
The Academy of Neuromuscular Thermography
Society of Medical Consultants to the Armed Forces
Society of United States Army Flight Surgeons
Wilderness Medicine Society

## COMMITTEES

Member, Nuclear Medicine Science Syllabus Subcommittee,      1982-1984
  Society of Nuclear Medicine
Member, Board of Trustees, Atlantic University            1995-1998
Member, Scientific Program Committee, Association          1996-1999
  for the Advancement of Automotive Medicine

---

[*]    Requires election or examination for membership

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
www.BRConline.com
(210) 691-0281

HARRY L. SMITH, PHD, MD
Curriculum Vitae
Page 4 of 10
October 2006

| | |
|---|---|
| Member, Board of Directors, Association for the | 1997- |
| Advancement of Automotive Medicine | 2003 |
| Member, Board of Trustees, Atlantic University Foundation | 1997-1998 |
| Member, Board of Directors, Frio Cielo Ranch Association | 1997-1999 |
| Member, Board of Trustees, Milliken University | 2002-2005 |
| Chair, Abbreviated Injury Scale, Association for the Advancement | |
| of Automotive Medicine | 2003-2005 |
| President-Elect, Association for the Advancement of | |
| Automotive Medicine | 2005-2006 |
| President, Association for the Advancement of | |
| Automotive Medicine | 2006 |

## HONORS AND AWARDS

| | |
|---|---|
| Tau Beta Pi, Engineering Honorary | 1964 |
| Chi Epsilon Civil Engineering Honorary | 1964 |
| Phi Kappa Phi, All University Honorary | 1964 |

## CLOSED PUBLICATIONS

Smith, HL:   "Non-GVN Personnel Responses to Radio Broadcast." (Confidential) Headquarters, US Army Assistance Command, Vietnam, May 1971.

Banks, R.D.; Harding, R.M.; Smith, H.L.  Injury Analysis of the Crew Members of STS-107 Space Shuttle Columbia.  BRC, San Antonio, TX, NASA Contract (USRA Subaward #9930-275), 28 Jul 2006.

Smith, HL:  "Analysis of Viet Cong and North Vietnamese Army Personnel Responses to Radio Broadcasts."  Headquarters, US Military Assistance Command, Vietnam, September 1971.

Smith, HL; Shulman, HI:   "SAFEGUARD Operational Availability and Reliability Model."  USASAFSEA Memorandum EAS-1-72, WSMR, NM, July 1972.

## PUBLICATIONS AND PRESENTATIONS

Smith, HL:  "The Photoelastic Model and the Stress and Strain Distribution in a Soils Model."  Texas Transportation Researcher, July 1969.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas  78249
www.BRConline.com
(210) 691-0281

HARRY L. SMITH, PHD, MD
Curriculum Vitae
Page 5 of 10
October  2006

Smith, HL; Ivey, DL:    "Tor-Shok and Roto-Shok Energy Absorbing Protective Barriers." Texas Transportation Institute, January 1969.

Smith, HL; Ivey, DL:  "Vehicle Containment and Redirection by Minnesota Type Cable Guardrail Systems."  Texas Transportation Institute, March 1969.

Smith, HL; Ivey, DL:  "Timber Posts Energy Absorbing Protective Barriers." Texas Transportation Institute, April 1969.

Smith, HL; Neff, RD:  Linear Absorption Coefficients for Gamma Rays in Tissue." Health Physics, July 1970.

Smith, HL; Ivey, DL; Dunlap, WA:  "Long Term Overturning Loads on Drilled Shaft Footings." Texas Transportation Institute, January 1970.

Smith, HL:  "Radioisotope Maximum Permissible Concentration Calculations Employing an IBM 360/65 Computer."  Dissertation, Texas A&M University, January 1970.

Smith, HL; Ivey, DL; Dunlap, WA: "Dynamic Overturning Loads on Drilled Shaft Footings Used for Minor Service Structures."  Texas Transportation Institute, January 1970.

Smith, HL; Ivey, DL; et al.:  "Containment and Redirection Properties of Texas T1 Rail Systems." Texas Transportation Institute, January 1970.

Smith, HL:  "Health Physics Univac 1108 Computer Radioisotope Inventory Program."  Nuclear Weapons Effects Division, US Army Missile Test and Evaluation Directorate, White Sands Missile Range, NM, October 1970.

Smith, HL:  "Radionuclide Maximum Permissible Concentration Calculations as Adapted to a Univac 1108 Computer."  NWED, US Army Missile Test and Evaluation Directorate, WSMR, NM, October 1970.

Smith, HL:  "Procedure for Calibration of the White Sands Missile Range Fast Burst Reactor Iodine Stack Monitor."  NWED, US Army Missile Test and Evaluation Directorate, WSMR, NM, December 1970.

Smith, HL; Ivey, DL; Dunlap, WA; et al.:  "Test and Evaluation of Vehicle Arresting, Energy Absorbing, and Impact Attenuation Systems."  Texas Transportation Institute, November 1971.

Smith, HL; Shulman, HI: "Operational Availability and Reliability Model." IEEE Transactions on Reliability, December 1974.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas  78249
www.BRConline.com
(210) 691-0281

HARRY L. SMITH, PhD, MD
Curriculum Vitae
Page 6 of 10
October  2006

Smith, HL; Beal, W; Chaudhuri, TK: "Significance of Skull Vertex View in Bone Scintigraphy." <u>Clin Nuc Med</u> 7:P20, 1982.

Rosen, PR; Smith, HL; Dodson, S; Chaudhuri, TK: "Correlation of Position Depending Pulmonary Fissure Sign and Roentgenographic Findings as Pleural Effusion Indicators." <u>Clin Nuc Med</u> 7:P21, 1982.

Chaudhuri, TK; Smith, HL: "Comparative Usefulness of Radioisotope Evaluations in Acute Gastrointestinal Bleeding." <u>J Nuc Med</u> 23:P78, 1982.

Smith, HL; Beal, W; Chaudhuri, TK: "Significance of Skull Vertex View in Bone Scintigraphy." <u>J Nuc Med</u> 23:P78, 1982.

Smith, HL; Rosen, PR; Dodson, S; Chaudhuri, TK: "Scintigraphic Position Dependent Pulmonary Fissure Sign as Pleural Effusion Indicator with Roentgenographic Correlation." Accepted for publication in <u>Radiology</u>.

Rosen, PR; Smith, HL; Dodson, S; Chaudhuri, TK: "Correlation of Position Dependent Pulmonary Fissure Sign and Roentgenographic Findings as Pleural Effusion Indicators." Southwest Chapter of the Society of Nuclear Medicine Annual Meeting, Dallas, Texas, March 25-28, 1982.

Smith, HL; Beal, W; Chaudhuri, TK: "Significance of the Skull Vertex View in Bone Scintigraphy." Society of Nuclear Medicine Annual Meeting, Miami Beach, FL, June 15-18, 1982.

Smith, HL; Rosen, PR; Dodson, S; Chaudhuri, TK: "Scintigraphic Position Dependent Pulmonary Fissure Sign as Pleural Effusion Indicator with Roentgenographic Correlation." 68th Scientific Assembly and Annual Meeting of the Radiological Society of North America, Chicago, IL, November 28 to December 3, 1982.

Smith, HL; Benedict, JV; Lenox, JB: "The Role of Biomechanics in the Determination of Injury Causation." New Orleans Bar Association Meeting, New Orleans, LA, January 15, 1988.

Benedict, JV; Lenox, JB; Labra, JJ; Raddin, JH; Smith, HL: "Principles and Concepts of Restraint System Biomechanics." United Services Automobile Association, San Antonio, TX, June 13, l988.

Lenox, JB; Benedict, JV; Labra, JJ; Raddin, JH; Smith, HL: "Reducing Injuries Sustained in Automotive Crashes." United Services Automobile Association, San Antonio, TX, June 13, 1988.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas  78249
www.BRConline.com
(210) 691-0281

HARRY L. SMITH, PHD, MD
Curriculum Vitae
Page 7 of 10
October  2006

Smith HL; Benedict, JV; Lenox, JB; Labra, JJ; Raddin, JH: "Biomechanics of Injury Causation." United Services Automobile Association, San Antonio, TX, June 13, 1988.

Smith, HL: "The Biomechanics of Trauma: Thorax and Abdomen." The Association for the Advancement of Automotive Medicine, San Antonio, TX, February 17, 1989, Course Instructor.

Raddin, JH; Ziegler, J; Benedict, JV; Smith, HL: "An Active Neck Protection System for Crew Members of High Performance Aircraft", Final Report for Research Conducted Under U.S.A.F. Small Business Innovation Research Contract F41622-89-C-1024, Technical Paper USAFSAM-TP-90-3, February 1990.

Raddin, JH; Scott, WR; Ziegler, J; Benedict, JV; Smith, HL: "Concept Feasibility Analysis for a Large Radius Track-Centrifuge", Final Report for Research Conducted Under U.S.A.F. Small Business Innovation Research Contract F41622-89-C-1025, Technical Paper USAFSAM-TP-90-3, June 1990.

Howard, Richard P., M.D., M.S.; James V. Benedict, Ph.D., M.D.; James H. Raddin Jr., M.D., S.M.; Harry L. Smith, Ph.D., M.D.: "Assessing Neck Extension-Flexion as a Basis for Temporomandibular Joint Dysfunction," Journal of Oral and Maxillofacial Surgery, 49:1210-1213, 1991.

Raddin, James H. Jr., M.D.; William R. Scott, Ph.D., John B. Bomar, Jr., Ph.D.; Harry L. Smith, Ph.D., M.D.; James V. Benedict, Ph.D., M.D.; Whitman E. McConnell, M.D.; Patricia K. Perret; Herbert M. Guzman: Adapting the Adam Manikin Technology for Injury Probability Assessment, Final Report for Period July, 1991 to February, 1992, Prepared for Armstrong Laboratory, Human Systems Division, Crew Systems Directorate, United States Air Force, Brooks AFB, TX.

McConnell, Whitman, E.; Richard P. Howard; Herbert M. Guzman; John B. Bomar; James H. Raddin, Jr.; James V. Benedict; Harry L. Smith; Charles P. Hatsell: "Analysis of Human Test Subject Kinematic Responses to Low Velocity Rear End Impacts." Presentation to Society of Automotive Engineers, Inc., 1993 SAE International Congress & Exposition, Detroit, MI, March 1993, SAE #930089.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
www.BRConline.com
(210) 691-0281

HARRY L. SMITH, PHD, MD
Curriculum Vitae
Page 8 of 10
October 2006

Scott, M.W.; Whitman E. McConnell; Herbert M. Guzman; Richard P. Howard; John B. Bomar; Harry L. Smith; James V. Benedict; James H. Raddin, Jr.; Charles P. Hatsell: Comparison of Human and ATD Head Kinematics During Low-Speed Rearend Impacts." Presentation to Society of Automotive Engineers, Inc., 1993 SAE International Congress & Exposition, Detroit, MI , March 1993, SAE #930094.

Smith, Harry L., Ph.D., M.D.: "Movement of Persons Within Vehicles or Occupant Kinematics." Iowa Academy of Trial Lawyers Advocacy Institute, Des Moines, IA, March 1993.

Scott, Michael W.; Labra, John J.; Guzman, Herbert; Benedict, James V.; Smith, Harry L.; Ziegler, James: "Injury Analysis of Impact between a Cage-Type Propeller Guard and A Submerged Head", SAFE 31st Annual Symposium, Las Vegas, NV, November 1993; & SAFE, 24:13-23, October 1994.

Smith, Harry L., Ph.D., M.D.; Benedict, James V.; Hatsell, Charles P.; Howard, Richard P.; Labra, John J.; Scott, William R. "Mike": "Biomechanics and Occupant Kinematics in the Trucking and Motor Carrier Environment", American Bar Association National Institute on Tort and Insurance Practice, Transportation Megaconference II, New Orleans, LA, March 1994.

Smith, H.L., "Imaging in Injury Causation Mechanism Determination" Presentation, Society of Automotive Engineers, Phoenix, AZ, January 19, 1999.

Banks, R; Harding, R; Smith, H. Assessing injury potential in rear-end automotive vehicle collisions, Frontiers in Whiplash Trauma, Yoganendan, N; Pintar, FA, eds. I0S Press, The Netherlands, 2000.

Banks, R; Martini, J; Smith, H; Bowles, A; McNish, T; Howard, R. Alignment of the Lumbar Vertebrae in a Driving Posture. J. Crash Prevention and Injury Control, August 2000, Vol. 2(2), pp. 123-130.

Smith, H.L., "Biomechanical Parameters of the Head" Presentation at The Biomechanics of Impact Conference of the Association for the Advancement of Automotive Medicine/National Association of Medical Examiners, Richmond, VA, October 12, 2001.

Smith, H.L., Commentary-Comments in Review of "Radiographic Detection of Rib Fractures: A Restraint-Based Study of Occupants in Car Crashes". Traffic Injury Prevention, March 2002, Vol. 3(1), pp. 59-60.

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas 78249
www.BRConline.com
(210) 691-0281

HARRY L. SMITH, PHD, MD
Curriculum Vitae
Page 9 of 10
October 2006

Chaudhuri, J.K., Straw, J.D., Medina, P., Smith, H., Chaudhuri, T.K., Evaluation of Ultra High Energy Collimation to Produce Planar, SPECT and 3D Rotating Gamma Camera Images with F-18-FDG for Detection of Intra-Thoracic Lesions, <u>World J. Nuc. Med.</u>, September 2002, Vol. 1, supp. 2; also presented at 8th Congress of the World Federation of Nuclear Medicine & Biology, Santiago, Chile, Sept. 29-Oct. 2, 2002.

Smith, H.L., "Imaging in Injury Causation Mechanism Determination", Presentation, Society of Automotive Engineers, Troy, MI, October 19, 2004.

## ACADEMIC DUTIES

Clinical Assistant Professor                                          1983-1998
University of Texas Health Science Center
San Antonio, Texas

Lecturer                                                              1999-Present
Society of Automotive Engineers
Warrendale, Pennsylvania

Guest Lecturer in Biomechanics, University of Texas at
San Antonio, ME6973                                                  2005-

BIODYNAMIC RESEARCH CORPORATION
5711 University Heights Blvd., Suite 100
San Antonio, Texas  78249
www.BRConline.com
(210) 691-0281

HARRY L. SMITH, PhD, MD
Curriculum Vitae
Page 10 of 10
October  2006

**Harry L. Smith, Ph.D., M.D.**
Testifying History For 4 Years Ending November 22, 2006

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Harold, M. vs. Black & Decker | 2/06, 11/06 | B | US Dist. Ct., Dist. of NJ | 04-2427 |
| Kline, L. vs. General Motors | 11/06 | D | Circuit Ct., City of St. Louis, MO | 042-09579 |
| Swann, D. vs. The City of Richmond | 10/06 | D | US Dist. Ct., Eastern Div. of VA., Richmond Div. | 3:06CV069 |
| Franklin, J. vs. Suzuki Motor Corp. | 10/06 | D | Circuit Ct., Sixth Jud. Circuit, Macon Cty | 05-L-22 |
| Turner, T. vs. General Motors | 9/06 | D | Circuit Ct., Jackson Cty, MO, at Independence | 04CV233159 |
| Hinton/Marshall vs. Motor Coach Industries | 9/06 | D | 170th Jud. Dist, Ct., McLennan Cty, TX | 2006-2184-1 |
| Wilson, A. vs. General Motors | 9/06 | D | US Dist. Ct., Northern Div. of TX, Ft. Worth Div. | 4:05-CV-549-A |
| Lutz, K. vs. General Motors | 8/06 | D | US Dist. Ct., Northern Dist. of IA, Cedar Rapids Div. | C04-78EJM |
| Dargahi, A. vs. Honda Lease Trust | 8/06 | D | US Dist. Ct., Southern Dist. of NY | CV058500 |
| Cline, T. vs. Winnebago | 6/06 | D | Superior Ct., Los Angeles Cty, Southeast Dist. (Norwalk), CA | VC043624 |
| Rushing, L. vs. DaimlerChrysler | 5/06 | D | Circuit Ct., Jefferson Cty, AL | CV-04-7314 |
| Covello, C. vs. American Honda Motor Co. | 5/06 | D | Superior Ct. of NJ Law Div., Cape May Cty | CPM-L-0396-04 |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
D (R) = Deposition Testimony (Radiology Only)

Page 1

**Harry L. Smith, Ph.D., M.D.**
Testifying History For 4 Years Ending November 22, 2006

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Hiilje, R. vs. Pletz, T. | 5/06 | D | 81st Jud. Dist. Ct., LaSalle Cty, TX | 2004-09-0093-CV |
| Reynolds, S. vs. Freightliner | 4/06 | D | US Dist. Ct., Eastern Dist. of KY, Pikeville Div. | 05-CV-70-DCR |
| Guerra, L. vs. Allied Van Lines | 4/06 | D | US Dist. Ct., Western Dist. of LA, Lafayette/Opelousas Div. | 6:04C 1250 |
| Rocco, E. vs. Cooper Tire | 4/06 | D | Superior Ct., Maricopa Cty, AZ | CV 2001-013977 |
| Deci, M. vs. Bell Sports Corp. | 3/06 | D | Circuit Ct., Tuscaloosa Cty, AL | C-04-1001 |
| Galan, A. vs. Navistary | 3/06 | D | 206th Jud. Dist. Ct., Hidalgo Cty, TX | C-1301-05-D |
| Fonseca, Y. vs. DaimlerChrysler | 3/06 | D | Circuit Ct., Seminole Cty, FL | 01-CA-2900-10-W |
| Griffiths, J. vs. Dole Food Co. | 2/06 | D | Superior Ct., Ventura Cty, FL | SC 041684 |
| Hershey, M. vs. Black & Decker | 1/06 | D | Circuit Ct., Wayne Cty, MI | 04-416541-NP |
| US vs. Marlow | 1/06 | T | US Dist. Ct., Middle Dist. of TN, Nashville Div. | 3:04-00129 |
| Felipe, J. vs. Ford | 12/05 | D | Circuit Ct., Broward Cty, FL | 04-3864 CA 04 |
| Scholz, R. vs. General Motors | 11/05 | D | Superior Ct., Spokane Cty, WA | 03-2-07583-8 |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
D (R) = Deposition Testimony (Radiology Only)

Page 2

**Harry L. Smith, Ph.D., M.D.**
Testifying History For 4 Years Ending November 22, 2006

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Benavide3z, D. vs. ABS Global | 11/05 | D | US Dist. Ct., Dist. of NM | CIV 05-225- WDS/RLP |
| Hinton, J. vs. Motor Coach Industries | 6/05, 10/05 | B | 170th Jud. Dist. Ct., McLennan Cty, TX | 2003-2308-4 |
| Bartlett, M. vs. J.B. Hunt Transportation | 10/05 | D | US Dist. Ct., Middle Dist. of FL, Tampa Div. | 8:04CV2057-T17MSS |
| Beter, B. vs. Schindler Elevator | 8/05 | D | Civil Dist Ct, Parish of Orleans, LA | 02-7271 "A" 5 |
| Burke, L. vs. General Motors | 8/05 | D | US Dist. Ct., Northern Dist. of AL, Western Div. | 7:04 – CV – 00438-CO-W |
| Monghan, A. vs. Mack Trucks | 8/05 | D | Circuit Ct., Wilcox Cty, AL | CV-03-009 |
| Thompson, L. vs. Nissan | 8/05 | D | US Dist. Ct., Eastern Dist. of LA | 03-0172 |
| Rodriguez, M. vs. Retama Manor Nursing Center | 6/05 | D | 111th Jud. Dist. Ct., Webb Cty, TX | 2003-CVQ-001411-D2 |
| Fisher, L. vs. General Motors | 6/05 | D | 23rd Jud. Dist. Ct., Matagorda Cty, TX | 03-H-0212-C |
| Fuentes, R. vs. Ford | 5/05 | D | 139th Jud. Dist. Ct., Hidalgo Cty, TX | |
| Estate of Laurier Emard vs. PDM Transport | 4/05 | D | Circuit Ct., 13th Jud. Dist. Circuit, Hillsborough Cty, FL | 03-7596 |
| Jones, D. vs. Bell Sports, Inc. | 2/05, 4/05 | B | Circuit Ct., 15th Jud. Circuit, Palm Beach Cty, FL | CA 02-13647 AA |

Legend:
   D = Deposition Testimony
   T = Trial Testimony
   B = Both Deposition and Trial Testimony
   D (R) = Deposition Testimony (Radiology Only)

Page 3

**Harry L. Smith, Ph.D., M.D.**
Testifying History For 4 Years Ending November 22, 2006

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Stowers, M. vs. General Motors | 1/05 | D | Circuit Ct., Marshall Cty, WV | 03-C-84 M |
| Morris, R. vs. Honda | 1/05 | D | Circuit Ct. of Monroe Cty, AL | CV-02-153 |
| Ramirez, M. vs. Hogan Transports | 1/05 | D | Circuit Ct., Jackson Cty, MO, at Kansas City | 03CV-202036 |
| Campagne, R. vs. Dunlop Tire Co. | 1/05 | D | Superior Ct., Cty of Riverside, CA | RIC 382381 |
| Lazaro, R. vs. DaimlerChrysler Corp. | 12/04 | D | US Dist. Ct., Middle Dist. of FL, Tampa Div. | 8:03CV02474-T-17T GW |
| Sherbo, D. vs. General Motors | 12/04 | D | Superior Ct. of New Jersey Law Div., Essex Cty | ESX-L-6557-03 |
| Bruce, A. vs. American Suzuki Motor Corp. | 11/04 | D | Circuit Ct., 7th Jud. Circuit, Volusia Cty, FL | 99-31928 CI CI |
| Mazariegos, G. vs. KBC Helmets | 11/04 | D | Superior Ct. of CA, Cty of San Bernardino, Central Div. | SCVSS 097019 |
| Glenn, G. vs. Hong Jin Crown Corp. | 11/04 | D | Superior Ct. of CA, Cty of Santa Clara | 1-01-CV-804969 |
| Sain, R. vs. Assata Group, Inc. | 10/04 | D | Circuit Ct., Milwaukee Cty, WI | 03CV003568 |
| Esposito, N. vs. Mercedes Benz | 9/04 7/04 | D | Superior Ct., J.D. of Waterbury at Waterbury, CT | X06-CV-01-0181270S |
| Noack, David vs. El Mexicano Bus Lines | 09/04 | D | District Court Victoria County, TX | 03-5-59760-B |

Legend:
    D = Deposition Testimony
    T = Trial Testimony
    B = Both Deposition and Trial Testimony
    D (R) = Deposition Testimony (Radiology Only)

Page 4

**Harry L. Smith, Ph.D., M.D.**
Testifying History For 4 Years Ending November 22, 2006

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Green, T. vs. Freightliner | 9/04 | D | 3rd Dist. Ct., Salt Lake Cty, UT | 010909683 |
| Villa, S. vs. EZ-Go Div. of Textron | 8/04 | D | Superior Ct, St. of CA, Cty of Los Angeles, Central District | BC 297553 |
| Davis, D. vs. Honda Motor Co. | 8/04 | D | US Dist. Ct., Middle Dist. of GA, Columbus Div. | 4:03-CV-140-2 |
| Guerra, E. vs. Telstar Apartments | 6/04 | D | 298th Jud. Dist. Ct., Dallas Cty, TX | 00-09345 |
| Pardo, M. vs. Evenflo Co. | 5/04 | D | Circuit Ct., Cook Cty, IL, County Dept., Law Div. | 00 L 10146 |
| Acevedo, K. vs. Hyundai | 4/04 | D | Superior Ct. of NJ, Atlantic Cty, Law Div. | ATL-L-2276-01 |
| State of Connecticut vs. Specyalski, H. | 4/04 | T | Superior Ct., Jud. Dist. of Middlesex at Middletown, CT | CR09-0155570S MV00-0410136S |
| Jones, L. vs. General Motors | 4/04 | D | 59th Jud. Dist. Ct., Grayson Cty, TX | 02-1208 |
| Altman, K. vs. Grabowski, R. | 4/04 | B | Circuit Ct., Walton Cty, FL | 99-0419-CA |
| Soto, J. vs. Bourdages, Dr. Howard | 3/04 | B | Circuit Ct., 20th Jud. Circuit, Collier Cty, FL, Civil Div. | 02-1046-CA |
| Gonzales, A. vs. Ford | 11/03, 2/04 | B | 229th Jud. Dist. Ct., Duval Cty, TX | DC-02-332 |
| Macha, W. vs. General Motors | 1/04 | D | 329th Jud. Dist. Ct., Wharton Cty, TX | 38,336-S |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
D (R) = Deposition Testimony (Radiology Only)

Page 5

**Harry L. Smith, Ph.D., M.D.**
Testifying History For 4 Years Ending November 22, 2006

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| McCoy, G. vs. Burke, R. | 5/03, 1/04 | B | County Ct., Smith County, TX | 45,817 |
| Schlosser, T. vs. Perez, O. | 11/03 | D | Circuit Ct., Lee Cty, FL | 01-6526CA |
| Williams, A. vs. Public Golf Assn. | 11/03 | D | Supreme Ct. of Newfoundland & Labrador, Canada, Trial Div. | 1996 St. J. No. 2027 |
| Martinelli, R. vs. Quality Mobile Home Moving | 9/03 | D | Circuit Ct., 10th Jud. Circuit, Polk Cty, FL | GCG-2000-3759 |
| Torres, H. vs. Kelly Springfield | 9/03 | D | 49th Jud. Dist. Ct., Webb Cty, TX | 201-CVQ-000520D1 |
| Long, J. vs. Freightliner | 9/03 | D | Circuit Ct., Jefferson Cty, AL, Bessemer Div. | CV-98-586 |
| Kirks, C. vs. Honda | 9/03 | D | 2nd Jud. Dist. Ct., Washoe Cty, NV | CV01-02578 |
| Castrillo, L. vs. Ford Motor Co. | 8/03 | D | US Dist. Ct., Southern Dist. of IN, Indianapolis Div. | IP-00-C-5078 |
| Viloria, N. vs. Ford Motor Co. | 8/03 | D | US Dist. Ct., Southern Dist. Of IN, Indianapolis Div. | IP-00-C-5079 |
| Thompson, D. vs. General Motors | 7/03 | D | 215th Jud. Dist. Ct., Harris, Cty, TX | 2002-47985 |
| Bagwell, T. vs. General Motors | 7/03 | D | 125th Jud. Dist. Ct., Harris Cty, TX | 2001-20446 |
| Bostick, H. vs. Golds' Gym | 4/03, 7/03 | B | Superior Ct., Los Angeles Cty, West Dist., CA | SC066205 |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
D (R) = Deposition Testimony (Radiology Only)

Page 6

**Harry L. Smith, Ph.D., M.D.**
Testifying History For 4 Years Ending November 22, 2006

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Cantu, F. vs. Ford | 6/03 | D | 249th Jud. Dist. Ct., Johnson Cty, TX | 249-87-98 |
| Burneston, J. vs. The Goodyear Tire & Rubber Co. | 6/03 | D | 136th Jud. Dist. Ct., Jefferson Cty, TX | D-163,889 |
| Littleford, J. vs. Kemper Insurance | 5/03 | D | UIM Arbitration | No # |
| Lorance, K. vs. Cowboy Karting | 5/03 | D | Dist. Ct. of Payne Cty, OK | CJ-2001-129 |
| Kidder, V. vs. GM | 4/03 | D | US Dist. Ct., Billings Div., MO | CV 01-206-BLG-RFC |
| Arias, M. vs. The Sports Authority | 4/03 | D | 11th Jud. Circuit Ct., Miami-Dade Cty, FL | 00-33023 CA 25 |
| Lopez, E. vs. Stephens Pipe & Steel | 4/03 | D | 269th Jud. Dist. Ct., Harris Cty, TX | 2001-24193 |
| Pelfort, E. vs. GM | 4/03 | D | Circuit Ct., 11th Jud. Circuit, Miami-Dade Cty, FL | 00-33220 CA15 |
| Leibel, C. vs. GM | 11/00, 4/03 | B | Circuit Ct., Oakland Cty, MI | 99-016381-NI |
| Hunt, T. vs. Volz, B. | 3/03 | D | 17th Jud. Circuit Ct., Broward Cty, FL | 0120095 (18) |
| McGraw, R. vs. Kawasaki | 3/03 | D | 356th Jud. Dist. Ct., Hardin Cty, TX | 41,326 |
| Rodriguez, L. vs. CART | 3/03 | T | Superior Ct., Cty of Monterey, CA | M50527 |

Legend:
D = Deposition Testimony
T = Trial Testimony
B = Both Deposition and Trial Testimony
D (R) = Deposition Testimony (Radiology Only)

Page 7

**Harry L. Smith, Ph.D., M.D.**
Testifying History For 4 Years Ending November 22, 2006

| Case Style | Date of Testimony | Type of Testimony | Jurisdiction | Cause Number |
|---|---|---|---|---|
| Ruiz, E. vs. Ford | 2/03, 3/03 | B | 229th Jud. Dist. Ct., Duval Cty, TX | DC-02-13 |
| Copeland, S. vs. Nissan | 12/02 | D | 334th Jud. Dist. Ct., Harris Cty, TX | 2001-28856 |
| Van Deurzen, S. vs. Yamaha | 12/02 | D | Circuit Ct., Winnebago Cty, WI | 00 CV 321 |
| Pearlman, B. vs. Dalmolin, R. | 1/02, 11/02 | B | Superior Ct., Globe, AZ | CV 2000-080 |
| Hinderks, E. vs. General Motors | 11/02 | D | Circuit Ct., Jackson Cty, MO at Independence | 01CV219287 |

Legend:
    D = Deposition Testimony
    T = Trial Testimony
    B = Both Deposition and Trial Testimony
    D (R) = Deposition Testimony (Radiology Only)



**32100 Dobbin-Huffsmith Road**          **Magnolia, Texas     77354**
**Phone: (281) 363-0888**          **Fax: (281) 363-0821**

# Deborah Sirotkin Butler

## v.

# DaimlerChrysler Corporation

Report Prepared For:                    Prepared By:

Mr. James P. Kerr
Cornell & Gollub                        *Nicholas J Durisek*
75 Federal Street
Boston, Massachusetts  02110            Nicholas J. Durisek, Ph.D., P.E.

November 27, 2006

*Butler v. DaimlerChrysler Corp.*

## Crash Background

### General

According to the Operator's Report filed by Ms. Deborah Sirotkin Butler, the crash that is the subject of this lawsuit occurred at approximately 2:30 p.m. on Monday, October 07, 2002 at the intersection of Middlesex Turnpike and the exit ramp for southbound Interstate 95 in Middlesex County, Massachusetts. Ms. Deborah Butler was driving a 2000 Dodge Neon and was stopped at the exit ramp traffic light waiting to turn left onto Middlesex Turnpike at the same time Ms. Charlotte Sanford was driving a 1995 Geo Prism on the same exit ramp. Ms. Butler began to accelerate from the stop when she was bumped from behind by the Geo Prism driven by Ms. Sanford. The operator's report filed by Ms. Butler indicates no damage to the Prism and "unknown" and "undercarriage" damage to the Neon. The police did not investigate this crash.

### Vehicles Involved in the Crash

I inspected the subject Dodge Neon on October 10, 2006. It was a silver 2000 Dodge Neon front wheel drive (VIN 1B3ES46C6YD874948) equipped with a 2.0 liter I-4 engine and automatic transmission. The odometer is digital and I was unable to observe the mileage at the time of my inspection. The front two tires were Goodyear Eagle LS P185/60R15 tires and the rear two tires were Delta Sentinel P185/60R15 tires. The tires on the vehicle were installed sometime after the crash. The lower lateral links on the left rear suspension were bent in a manner that is consistent with vehicle handling with a fork lift. The front of the vehicle was partially disassembled at the time of my inspection. The rear bumper cover was misaligned and was broken near the left taillight lens and the left lower corner of the trunk. Photographs nearer the time of the crash show that this break in the bumper cover happened sometime after the crash. In fact, photographs nearer the time of the crash do not show discernable damage to the bumper cover except for a smudge left of the license plate. The rear bumper cover was removed during my inspection; it was determined to be a replacement bumper cover, consistent with the vehicle repair records. In addition, the foam bumper that is typically attached to the metal bumper support was instead attached to the replacement bumper cover with silver tape. A pinch weld on left rear corner of the Neon under the taillight lens was bent inward and the left corner of the metal bumper support was slightly deformed. No gouging or scoring existed on the inside of the bumper cover consistent with this damage; therefore the damage likely occurred prior to the replacement bumper cover's installation. I was unable to find residual damage to the rear of the Neon that was attributable to the subject crash. Repair records indicate that the subject vehicle was involved in a rear end collision on July 30, 2001 and the rear bumper cover was replaced at the time. Repair records for the subject crash indicate that the bumper cover was not replaced, but it was repainted. I inspected this vehicle for mechanical problems that could have contributed to this crash but found none.

The Geo Prism that Ms. Sanford was driving was not available for my inspection. According to available information, it was a 1995 Geo Prism equipped with a manual transmission. No photographs of this vehicle were available for my review. According to Ms. Sanford's deposition testimony, there was no damage to the Geo as a result of the contact with the Dodge Neon.

**Drivers**

Ms. Deborah Butler (age 54) was the driver of the Dodge Neon. According to her description in the Operator's Report, the light had turned green, she took her foot off the brake and her vehicle was driven into from behind before her vehicle began to move. In her deposition, Ms. Butler stated that the light was still red at the time of the collision. Ms. Charlotte Sanford was (age 38) was the driver of the Geo Prism. According to her testimony, she was stopped at the traffic light when her "…foot came off the pedal – the brake, and the car started just a very slow roll…" until it bumped Ms. Butler's rear bumper.

**Crash Scene**

I inspected the crash scene on October 10, 2006. The crash occurred in Middlesex County, Massachusetts, on the southbound Interstate 95 exit ramp (Exit 32B) at the intersection with Middlesex Turnpike. At the time of the crash, it was daylight, clear, and the road surface was dry. The speed limit on the exit ramp was not posted. It is a single lane exit ramp that is bordered on the outside by a concrete curb and guardrail and on the inside by a concrete curb and a grass median. For traffic exiting Interstate 95, the exit ramp turns to the right and then to the left before splitting to separate the traffic heading toward Burlington (right turn) from the traffic heading toward Arlington (left turn) on Middlesex Turnpike. There is clear visibility from the left curve to the traffic signal. The island divider is primarily grass and is bordered by concrete curb. The roadway is crowned, has superelevation in the curves, and is composed of asphalt. Approaching the stoplight, the travel lane generally has a downward slope that flattens, rises slightly, and then decreases again prior to the stop bar for traffic heading toward Arlington on Middlesex Turnpike. The road was found to be in good repair; I did not identify any conditions or defects at the scene that would have caused this crash.

## Crash Reconstruction

Using the physical evidence gathered at the scene and vehicle inspections, police information, accepted engineering principles and techniques, and all information that I have reviewed regarding this crash, I have determined the vehicles' most likely motions during the crash. Ms. Butler was either stopped at the Middlesex Turnpike traffic light or just beginning to move forward from a stop after the light turned green when Ms. Sanford's vehicle contacted her vehicle from behind. Ms. Stanford stated that she was stopped at the light when her foot came off the brake pedal and she rolled forward into the rear of Ms. Butler's vehicle. There was no repaired damage to the Geo Prism driven by Ms. Sanford and the bumper cover to the Neon was repainted as a result of the contact. No permanent damage to the rear of the Neon could be attributed to this crash during my vehicle inspection. If Ms. Sanford's Neon was traveling between 5 and 10 miles per hour at the time of impact, and Ms. Butler's vehicle was traveling approximately 0 and 4 miles per hour at the time of impact, the corresponding Delta-V of Ms. Butler's Neon was likely less than 5 miles per hour. The Principle Direction of Force (PDOF) of the impact was likely between 5 o'clock and 7 o'clock, depending on the vehicles' orientations at the stop light. Objects in the Neon would move rearward as a result of the contact from Geo.

*Butler v. DaimlerChrysler Corp.*

## **Closing**

In performing my analysis, I have determined that Ms. Sanford drove her Geo Prism into the rear of Ms. Butler's Neon at a relatively low speed. This is consistent with reported damage to the Prism and the Neon, as well as the lack of residual damage seen during my vehicle inspection of the subject Neon. The longitudinal Delta-V underwent by the Neon was likely less than 5 miles per hour with a PDOF that is likely between 5 o'clock and 7 o'clock. Objects in the Neon would move rearward as a result of the contact from Geo.

I earned a Bachelor of Science in 1992, a Master of Science in 1993, and a Doctor of Philosophy in 1997 in mechanical engineering at The Ohio State University in Columbus, Ohio. In addition to my formal engineering training and including my graduate research, I have over fourteen years engineering experience in automotive engineering and I am a registered professional engineer by examination. An attached curriculum vita summarizes my engineering experience and it describes the background and training that I may use to draw conclusions and opinions.

All of the opinions in this report are expressed with a reasonable degree of engineering certainty and are based on my education, training, and experience that are outlined in my curriculum vitae attached hereto. Also attached is a list of my previous testimony. Tandy Engineering & Associates, Inc. charges $295 per hour for my services in this matter. I reserve the right to supplement or modify my opinions if additional information becomes available or in response to the work and opinions of other experts.

*Butler v. DaimlerChrysler Corp.*

## Items Received and Reviewed

1. Operator's Report
2. Complaint
3. Miscellaneous legal documents
4. Vehicle information
5. Vehicle Photographs
6. Vehicle Photographs by H. Smith
7. Medical records
8. Depositions and Exhibits of: Deborah Butler (03/15/2005, 04/07/2006), Charlotte Sanford (03/31/2006), and Mark Crossman (04/13/2006)
9. Deposition of Guy Nusholtz (05/31/2006)

## Additional Information Reviewed

1. Vehicle information on the 2000 Dodge Neon from VinPOWER, Canadian Vehicle Specifications, and NADA.
2. Fricke, Lynn, *Traffic Accident Reconstruction*, First Edition.
3. Warner, C. Y., *et al.*, SAE Paper No. 830612, "Friction Applications in Accident Reconstruction."
4. McConnell, W. E., *et al.*, "Analysis of Human Test Subject Kinematic Responses to Low Velocity Rear End Impacts," SAE Paper No. 930889.
5. Tanner, C.B., "Coefficients of Restitution for Low and Moderate Speed Impacts with Non-Standard Impact Configurations," SAE Paper No. 2001-01-0891.

In addition to the material listed, during the course of my career, I have reviewed numerous documents, materials, reports, and standards published by but not limited to: The Society of Automotive Engineers (SAE); The American Society of Mechanical Engineers (ASME); International Standards Organization (ISO); The Tire and Rim Association (TRA); texts and journals written by engineers and scientists, scientists and safety experts within the industry; and Notices, research reports, studies and Standards issued by the U.S. Department of Transportation concerning automobile design and research. These materials and documents also serve as part of the bases for my opinions.



32100 Dobbin-Huffsmith Road          Magnolia, Texas  77354
Phone: (281) 363-0888                Fax: (281) 363-0821

# *Nicholas J. Durisek, Ph.D., P.E.*

## DEPOSITION & TRIAL TESTIMONY

Smith (Sandra) v. DaimlerChrysler                                        05/17/02
Greenbrier County, West Virginia          01-C-35

Hansen (Donald H.) v. Isuzu                                              07/28/03
Dist. Of South Carolina Columbia Division    3:00-3912-10

Kirk (Brian, Sr.) v. Walter R. Herron                                    10/02/03
Ross County, Ohio                         02C1000305

Villegas (Jose Fernandez) v. The Hertz Corporation                       10/24/03
Dade County, Florida                      02-17664

Odom (J. Taylor) v. Mitsubishi                                           06/14/04
Dist. Of South Carolina, Columbia Division   3:03-CV-585-24

Esmejarda (Emiliano) v. DaimlerChrysler                                  07/13/04
Bergen County, New Jersey                 BER-L-779-02

McCuller (Judy) v. DaimlerChrysler                                       09/08/05
Marshall, Texas                           2-04CV-339-TJW

Viapiano (Elaine) v. DaimlerChrysler                                     11/02/05
Bergen County, New Jersey                 BER-L-8193-02

Dozoretz (Danielle) v. Ford                                              11/14/05
Los Angeles, California                   BC301741

West (Allen) v. Rinker Materials Corp.                                   01/03/06
Citrus County, Florida                    04-CA-3399

Harlow (Timothy) v. DaimlerChrysler                                      03/17/06
Marshall, Texas                           2:05-CV-207(TJW)

Viapiano (Elaine) v. DaimlerChrysler                                     05/03,04/06
Bergen County, New Jersey                 BER-L-8193-02                   (Trial)

Bracken (Ronene) v. Ford                                                 08/14/06
Clark County, Nevada                      CV-S-04-1543-RLJ-RJJ

Rodgers (Fred and Anne) v. DaimlerChrysler   05-CV-1014                   09/11/06
Western District, Texas

McCuller (Judy) v. DaimlerChrysler           2-04CV-339-TJW               09/20/06
Marshall, Texas                                                          (Trial)



32100 Dobbin-Huffsmith Road
Phone: (281) 363-0888

Magnolia, Texas 77354
Fax: (281) 363-0821

# *Nicholas J. Durisek, Ph.D., P.E.*

## Specialized Professional Competence

➢ Crash reconstruction and failure analysis.

➢ Vehicle dynamics testing and simulation, vehicle parameter measurement, simulation evaluation.

➢ Design, testing, and evaluation of vehicle crashworthiness, air bags, and automotive chassis systems; computer aided engineering, computer modeling of design, and design verification.

➢ Risk analysis of mechanical designs including the identification of failure modes and assessment of consequences of failure.

## Professional Qualifications

➢ Doctor of Philosophy, Mechanical Engineering, The Ohio State University, 1997
Dissertation:  *Simultaneous Overall Measurement Uncertainty Reduction for Multi-Parameter Macro-Measurement System Design*

➢ Master of Science, Mechanical Engineering, The Ohio State University, 1993
Thesis: *Conceptual Design of a Vehicle Inertia Measurement Facility (VIMF)*

➢ Bachelor of Science, Mechanical Engineering, The Ohio State University, 1992

➢ Tandy Engineering & Associates, Inc.
Engineer – 2003 to present

➢ S.E.A., Inc. (SEA, Ltd.)
Senior Project Engineer – 2001 to 2003
Researcher (part-time) – 1993 to 1995

➢ Ford Motor Company (Jaguar Cars, Ltd.)
Senior Project Engineer / Program Analyst – 1999 to 2001
Product Development Engineer – 1997 to 1999

➢ The Ohio State University, Department of Mechanical Engineering
Graduate Research Associate/Graduate Teaching Associate – 1993 to 1996

➢ Battelle Memorial Institute, Chemical Warfare Defense, Researcher– 1990 to 1992

➢ Professional Engineer:  Ohio Registration No. 66693, South Carolina Registration No. 22899

➢ Memberships:  American Society for Engineering Education (ASEE);  American Society of Mechanical Engineers (ASME); Society of Automotive Engineers (SAE), Ohio Society of Professional Engineers (OSPE), National Society of Professional Engineers (NSPE)

➢ Honors and Awards: University Fellowship, DuPont Fellowship, Tau Beta Pi, Pi Tau Sigma, Phi Kappa Phi, Golden Key National Honor Society