UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEBORAH SIROTKIN BUTLER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11679-JLT |
| | * | |
| CHRYSLER CORPORATION, | * | |
| | * | |
| Defendant. | * | |

ORDER

December 12, 2006

TAURO, J.

After a conference held on December 12, 2006, this court hereby orders that:

1. Defendant's Motion to Compel [#19] is DENIED AS MOOT, based on the parties' representations that Defendant has acquired the relevant documents.

2. Defendant's Motion to Preclude Expert Testimony and for Summary Judgment [#16] is ALLOWED IN PART without opposition. Plaintiff is precluded from calling an expert at trial.

3. Plaintiff's will be granted until December 22, 2006, to file a memorandum in opposition to Defendant's Motion for Summary Judgment [#16].

4. Defendant may file a reply brief by January 5, 2007.

5. Trial will commence on April 2, 2007, at 10:00 am.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge