UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. : 05-11679-JLT

DEBORAH SIROTKIN BUTLER
    Plaintiff,

v.

DAIMLERCHRYSLER CORPORATION
    Defendant.

**PLAINTIFF DEBORAH SIROTKIN BUTLER'S RULE 56.1 STATEMENT
OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF HER OPPOSITION TO
<u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff Deborah Sirotkin Butler does not dispute the facts identified in the Defendant's Rule 56.1 Statement of Undisputed Material Facts, and contends that there is also no genuine issue to be tried with regard to the following material facts of record.

1. This is a products liability action arising out of a rear-end collision involving the Plaintiff, Mrs. Butler, and a non-party, Charlotte Sanford. Affidavit of Deborah Sirotkin Butler, ¶1, attached hereto as Exhibit A.

2. Mrs. Butler leased a 2000 Dodge Neon, designed and manufactured by the Defendant, DaimlerChrysler Corp., and was operating that vehicle when she was struck in the rear by the vehicle operated by Ms. Charlotte Sanford. Affidavit of Deborah Sirotkin Butler, ¶1

3. The 2000 Dodge Neon consists of the PL-class body type manufactured by DaimlerChrysler. Testimony of Mark Crossman, DaimlerChrysler Corp., p. 76, attached hereto as Exhibit B.

4.   Underneath the steering column of the vehicle are several openings in the dashboard material for bolts and other hardware.  Affidavit of Deborah Sirotkin Butler, ¶4

5.   Underneath the steering column of the vehicle is an opening which allows the movement of a lever used when the steering column is adjusted.  The lever is not covered by any energy-absorption material.  Testimony of Mark Crossman, DaimlerChrysler Corp., p. 109, attached hereto as Exhibit C

6.   There is no protective covering over this lever to prevent the intrusion of the operator's extremities in the event of an accident which results in the operator of the vehicle being propelled into the dashboard, and no protective covering over the exposed bolts and hardware.  Affidavit of Deborah Sirotkin Butler, ¶5

7.   Mrs. Butler stands only four feet ten inches tall, and, in order to operate the vehicle, needed to advance the driver's seat to the forward-most position on the track.  Affidavit of Deborah Sirotkin Butler, ¶6

8.   Mrs. Butler did not modify the seat track of the vehicle in any way, and she did nothing to modify the way in which she operated the vehicle other than to move the seat as far forward as possible.  Affidavit of Deborah Sirotkin Butler, ¶7

9.   At the time DaimlerChrysler designed, tested and manufactured the 2000 Dodge Neon, to the best recollection of the Defendant's designated witness, DaimlerChrysler did not utilize 5th percentile female dummies in the testing of the PL body class.  Testimony of Mark Crossman, DaimlerChrysler Corp., p. 104, attached hereto as Exhibit D.

10.  Photographs of the Plaintiff sitting in the vehicle do not indicate any modification of the vehicle by the Plaintiff.  Testimony of Mark Crossman, DaimlerChrysler Corp., p. 107, attached hereto as Exhibit E.

11.     DaimlerChrysler provides the operator with no warnings against operating the vehicle with the driver's seat in the forward-most track position. Operator's Manual, 2000 Dodge Neon, pages 47-48, attached hereto as Exhibit F.

> Respectfully submitted,
> Deborah Sirotkin Butler,
> By her attorney,
>
> /s/ Jennifer M. Lamanna
> Jennifer M. Lamanna, Esq.
> BBO#637434
> jenniferlamanna@verizon.net
> ERCOLINI & LAMANNA
> 380 Pleasant Street, Suite 24
> Malden, MA  02148
> (781) 324-2425

## CERTIFICATE OF SERVICE

I, Jennifer M. Lamanna, attorney for the Plaintiff, Deborah Sirotkin Butler, hereby certify that on the 22nd day of December, 2006, a true copy of the foregoing Plaintiff's Rule 56.1 Statement of Undisputed Material Facts in Support of her Opposition to Defendant's Motion for Summary Judgment will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served via first-class mail, postage prepaid, upon anyone indicated as a non-registered participant, including:
Peter M. Durney, Esq., at PDurney@cornellgollub.com and
James, Kerr, Esq., at JKerr@cornellgollub.com