To close the sunroof, hold the switch in the forward position. Again, any release of the switch will stop the movement and the sunroof will remain in a partial open condition until the switch is pushed forward again.

NOTE:  The panel will not slide and tilt at the same time.

**WARNING!**

In an accident, there is a greater risk of being thrown from a vehicle with an open sunroof. You could also be seriously injured or killed. Always fasten your seat belt properly and make sure all passengers are properly secured too.

Do not allow small children to operate the sunroof. Never allow fingers or other body parts, or any object to project through the sunroof opening. Injury may result.

**Sunroof Maintenance**

Use only a non-abrasive cleaner and a soft cloth to clean the glass panel.

## SEATS

### Front Seat Adjustment

The adjusting bar is at the front of the seats, near the floor. Pull the bar up to move the seat to the desired position.



Using body pressure, move forward and rearward on the seat to be sure the seat adjusters have latched.

3

**WARNING!**

- Adjusting a seat while the vehicle is moving is dangerous. The sudden movement of the seat could cause you to lose control. The seat belt might not be properly adjusted and you could be injured. Adjust the seat only while the vehicle is parked.

- Do not ride with the seatback reclined so that the shoulder belt is no longer resting against your chest. In a collision you could slide under the seat belt and be seriously or even fatally injured. Use the recliner only when the vehicle is parked.

### Reclining Bucket Seats

The recliner control is on the side of the seat. To recline, lean forward slightly before lifting the lever, then lean back to the desired position and release the lever. Lean forward and lift the lever to return the seatback to its normal position.



RECLINER HANDLE