UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11679-JLT

**DEBORAH SIROTKIN BUTLER,**
       **Plaintiff**

v.

**DAIMLERCHRYSLER CORP.**
       **Defendant**

### SUPPLEMENTAL WITNESS LIST OF DEFENDANT DAIMLERCHRYSLER CORPORATION

If necessary for authentication purposes, the defendant may call the following individuals at the trial of this case:

Keeper of the Records/Person Most Knowledgeable
And/or Keith Moss and/or Rocco Rosato
Hallmark Adjustment
264 Cambridge Street
Burlington, MA 01803

Edward G. Whalen
Dudley Street Auto Body
34 Dudley Street
Arlington, MA

                              Defendant,
                              DaimlerChrysler Corporation,
                              By its attorneys,


                               /s/ Peter M. Durney_____
                              Peter M. Durney, BBO# 451560
                              PDurney@cornellgollub.com
                              James P. Kerr, BBO # 564538
                              JKerr@cornellgollub.com
                              CORNELL & GOLLUB
                              75 Federal Street
                              Boston, MA 02110
                              (617) 482-8100

**CERTIFICATE OF SERVICE**

    I, James P. Kerr, attorney for defendant DaimlerChrysler Corporation, hereby certify that on the 15th day of March, 2007, a true copy of the foregoing Supplemental Witness List of Defendant DaimlerChrysler Corporation, will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                            /s/ James P. Kerr
                                                            James P. Kerr