UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11679-JLT

DEBORAH SIROTKIN BUTLER
    Plaintiff,

v.

CHRYSLER CORPORATION
    Defendant.

**DEFENDANT DAIMLERCHRYSLER CORPORATION'S EMERGENCY MOTION
FOR LEAVE TO DEPOSE A FACT WITNESS, KEITH MOSS**

Defendant DaimlerChrysler Corporation moves for leave to depose a fact witness, Keith Moss, on Friday, March 30, 2007 at 11:00 a.m. As grounds therefor, defendant states that it has just learned that Mr. Moss plans to leave the United States on Monday, April 2, 2007, and relocate in the United Kingdom. Thus, he will be unavailable for trial, which is scheduled to commence on that date, April 2, 2007.

Mr. Moss is an appraiser, who wrote an appraisal and took a photograph of the subject vehicle, shortly after the subject incident. Plaintiff will not stipulate to the admissibility of the report and photograph. He currently resides in Billerica, Massachusetts. Therefore, defendant

- 2 -

seeks this Court's permission to take Mr. Moss's deposition before his departure from this country.

>
> Defendant,
> DaimlerChrysler Corporation,
> By its attorneys,
>
>
> /s/  James P. Kerr
> James P. Kerr, BBO # 564538
>     JKerr@cornellgollub.com
> CORNELL & GOLLUB
> 75 Federal Street
> Boston, MA 02110
> (617) 482-8100

## CERTIFICATE OF SERVICE

I, James P. Kerr, attorney for the defendant, DaimlerChrysler Corporation, hereby certify that on the 21st day of March, 2007, a true copy of the foregoing Defendant DaimlerChrysler Corporation's Emergency Motion for Leave to Depose a Fact Witness, Keith Moss, will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing.

>
> /s/  James P. Kerr
> James P. Kerr