UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. : 05-11679-JLT

DEBORAH SIROTKIN BUTLER
    Plaintiff,

v.

DAIMLERCHRYSLER CORPORATION
    Defendant.

**PLAINTIFF DEBORAH SIROTKIN BUTLER'S
SUPPLEMENTAL LIST OF WITNESSES**

    Now comes the Plaintiff, Deborah Sirotkin Butler, and submits the following list of Supplemental Witnesses, if necessary for rebuttal of claims of prior or pre-existing injury:

1. Honorable Gwendolyn R. Tyre
   Middlesex Juvenile Court, Cambridge Session
   121 Third Street
   Cambridge, MA  02141

2. Honorable Margaret S. Fearey
   Middlesex Juvenile Court, Cambridge Session
   Third Street
   Cambridge, MA  02141

3. Carol Fernandez, Esq.
   Newton, MA  02461

    Respectfully submitted,
    Deborah Sirotkin Butler,
    By her attorney,

    /s/ Jennifer M. Lamanna
    Jennifer M. Lamanna, Esq.
    BBO#637434
    jenniferlamanna@verizon.net
    ERCOLINI & LAMANNA
    380 Pleasant Street, Suite 24
    Malden, MA  02148
    (781) 324-2425

## CERTIFICATE OF SERVICE

I, Jennifer M. Lamanna, attorney for the Plaintiff, Deborah Sirotkin Butler, hereby certify that on the 21st day of March, 2007, a true copy of the foregoing Plaintiff's Supplemental List of Witnesses will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served via first-class mail, postage prepaid, upon anyone indicated as a non-registered participant, including:

Peter M. Durney, Esq., at PDurney@cornellgollub.com and

James, Kerr, Esq., at JKerr@cornellgollub.com

/s/ Jennifer M. Lamanna

Jennifer M. Lamanna, Esq.