UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. : 05-11679-JLT

DEBORAH SIROTKIN BUTLER
    Plaintiff,

v.

DAIMLERCHRYSLER CORPORATION
    Defendant.

## PLAINTIFF DEBORAH SIROTKIN BUTLER'S OPPOSITION TO DEFENDANT'S "EMERGENCY MOTION FOR LEAVE TO DEPOSE A FACT WITNESS, KEITH MOSS"

Now comes the Plaintiff, Deborah Sirotkin Butler, and hereby opposes Chrysler Corporation's Emergency Motion for Leave to Depose a Fact Witness, Keith Moss. As grounds therefore, Mrs. Butler states that Chrysler Corporation identified thirty fact, expert and Keeper of the Record witnesses in its pretrial memorandum, and never previously identified the newly proposed fact witness or his employer, Hallmark Adjustment, as a potential witness, prior to six days ago. Further, Chrysler has never identified the appraisal report allegedly generated by Mr. Moss as a proposed exhibit. Mr. Moss' opinions as to the amount of damage to the vehicle were never disclosed in the context of any expert disclosure statement provided to the Plaintiff by the Defendant. In addition, Mrs. Butler disputes the accuracy of the depiction of her vehicle in the photograph allegedly taken by Mr. Moss, and has prepared for trial in reliance on the fact that Chrysler has never identified any individual who could authenticate that photograph in any of its previous pretrial submissions. To allow Chrysler to make up for the neglect of this allegedly crucial witness by allowing last minute supplementation of its witness and exhibit list, and the conduct of an emergency deposition, constitutes unfair surprise. At this late date, Mrs. Butler

cannot counter the opinions stated in Mr. Moss' appraisal. Mrs. Butler had every reason to believe that this appraisal would not be an issue at trial, as it was noticeably absent from Chrysler's exhibit list and expert disclosures, and Chrysler should not be allowed to reap the benefits of her reasonable reliance. Therefore, Mrs. Butler respectfully requests that the Defendant Daimler Chrysler's motion be denied.

    Respectfully submitted,
    Deborah Sirotkin Butler,
    By her attorney,

    /s/ Jennifer M. Lamanna
    Jennifer M. Lamanna, Esq.
    BBO#637434
    jenniferlamanna@verizon.net
    ERCOLINI & LAMANNA
    380 Pleasant Street, Suite 24
    Malden, MA  02148
    (781) 324-2425

## CERTIFICATE OF SERVICE

I, Jennifer M. Lamanna, attorney for the Plaintiff, Deborah Sirotkin Butler, hereby certify that on the 21st day of March, 2007, a true copy of the foregoing Plaintiff's Supplemental List of Witnesses will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served via first-class mail, postage prepaid, upon anyone indicated as a non-registered participant, including:

Peter M. Durney, Esq., at PDurney@cornellgollub.com and
James, Kerr, Esq., at JKerr@cornellgollub.com

    /s/ Jennifer M. Lamanna

    Jennifer M. Lamanna, Esq.