UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11679-JLT

DEBORAH SIROTKIN BUTLER
       Plaintiff,

v.

CHRYSLER CORPORATION
       Defendant.

**DEFENDANT DAIMLERCHRYSLER CORPORATION'S REPLY TO PLAINTIFF'S OPPOSITION TO EMERGENCY MOTION <u>FOR LEAVE TO DEPOSE A FACT WITNESS, KEITH MOSS</u>**

Defendant DaimlerChrysler Corporation ("defendant") submits this memorandum in reply to plaintiff's opposition to its Motion for Leave to Depose a Fact Witness, Keith Moss, on Friday, March 30, 2007 at 11:00 a.m. Contrary to plaintiff's assertion of unfair surprise, the plaintiff has had copies of the appraisal and photograph at issue for over one (1) year. In addition, the Commerce Insurance photograph has been marked at two depositions, and referred to in defendant's expert report. More particularly, defendant states as follows:

1.    A copy of the appraisal and photograph referred to in the defendant's Emergency Motion are attached hereto as Exhibit 1. As is clear on its face, the appraisal was submitted by an appraiser, Keith Moss, to plaintiff's own insurer, Commerce Insurance, on October 17, 2002.

2.    Copies of that appraisal and photograph were produced by Commerce Insurance in response to a Keeper of Records deposition subpoena issued by the defendant. Copies of all

- 2 -

documents produced by Commerce Insurance were then served upon the plaintiff's counsel on or about February 24, 2006.  (See two transmitted letters attached as Exhibit 2).

3. In addition, a photocopy of the photograph at issue was marked as an exhibit at the March 31, 2006 depositions of the other driver, Charlotte Sanford, and plaintiff's husband, Marc Butler.  Also, the report of defendant's expert Nicholas J. Durisek, filed and served on November 30, 2006, refers to the Sanford deposition exhibits at page 5 as being among the "Items Received and Reviewed" by the expert.  (See copy of expert report attached as Exhibit 3).

4. Furthermore, in the Joint Pretrial Memorandum submitted by the parties to the Court on December 5, 2006, the defendant identified the Commerce Insurance photograph as a trial exhibit.  Also, Commerce Insurance's Keeper of Records is listed as a defense witness in said memorandum, at page 11.

Thus, there can be no question that plaintiff has long been aware of the documents produced by her own insurer, Commerce Insurance, including the photograph and appraisal attached hereto as Exhibit 1, and of Mr. Moss's identity.  Also, plaintiff has had more than adequate notice that the defendant intended to call Commerce Insurance as a witness, and to offer that photograph as a trial exhibit.

- 3 -

5. On March 15, 2007, in anticipation of plaintiff's objection to admission of the photograph, Mr. Moss's name was added to defendant's witness list, merely as a foundation witness, should his testimony be necessary.

6. Defendant respectfully requests permission to obtain Mr. Moss's deposition testimony in advance of trial, now that his plans to leave the country have been made known.

WHEREFORE, the defendant DaimlerChrysler Corporation respectfully requests that the Court grant its Emergency Motion for Leave to Depose a Fact Witness, Keith Moss.

        Defendant,
        DaimlerChrysler Corporation,
        By its attorneys,

        /s/ James P. Kerr
        James P. Kerr, BBO # 564538
        JKerr@cornellgollub.com
        CORNELL & GOLLUB
        75 Federal Street
        Boston, MA 02110
        (617) 482-8100

**CERTIFICATE OF SERVICE**

I, James P. Kerr, attorney for the defendant, DaimlerChrysler Corporation, hereby certify that on the 22nd day of March, 2007, a true copy of the foregoing will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s/ James P. Kerr
        James P. Kerr

```
10/17/2002 AT 08:51 AM                                          FILE ID: HK265066
52028

                        HALLMARK ADJUSTMENT
                            BURLINGTON
                         264 CAMBRIDGE ST
                       BURLINGTON, MA 01803-2541
                      (781)272-6747 FAX: (781)272-6689
            WRITTEN BY: KEITH MOSS #13804 10/17/2002 08:50 AM

FOR: COMMERCE INSURANCE - COMMERCE INSURANCE CO.
     (800)221-1605
ADJUSTER: KEITH MOSS #13804 (781)272-6747

                          ESTIMATE OF RECORD

 INSURED: DEBORAH BUTLER                 CLAIM #PH7066
   OWNER: DEBORAH BUTLER                 POLICY #
 ADDRESS: 19 OVERLOOK RD                 DATE OF LOSS: 10/07/2002
          ARLINGTON, MA 02474            TYPE OF LOSS: COLLISION
 EVENING: (781)646-8204                  POINT OF IMPACT: 6.  REAR

  INSPECT ARLINGTON DRIVE IN             BUSINESS: (781)646-0473
 LOCATION: HALLMARK ADJUSTMENT           DRIVE_IN
           99 MASS AVE
           ARLINGTON, MA 02174

    REPAIR                                DAYS TO REPAIR
  FACILITY:                               LICENSE #

2000 DODG NEON ES 4-2.0L-FI 4D SED SILVER INT:
VIN: 1B3ES46C6YD874948 LIC: 2106ND    MA PROD DATE:        ODOMETER: 26158
AIR CONDITIONING          REAR DEFOGGER           TILT WHEEL
INTERMITTENT WIPERS       KEYLESS ENTRY           THEFT DETERRENT/ALARM
BODY SIDE MOLDINGS        DUAL MIRRORS            FOG LAMPS
CLEAR COAT PAINT          POWER STEERING          POWER BRAKES
POWER WINDOWS             POWER LOCKS             POWER MIRRORS
POWER TRUNK/TAILGATE      AM RADIO                FM RADIO
STEREO                    CASSETTE                SEARCH/SEEK
DRIVER AIR BAG            PASSENGER AIR BAG       CLOTH SEATS
BUCKET SEATS              RECLINE/LOUNGE SEATS    AUTOMATIC TRANSMISSION
OVERDRIVE
------------------------------------------------------------------------
   NO.    OP.      DESCRIPTION           QTY EXT. PRICE LABOR    PAINT
------------------------------------------------------------------------
    1            REAR BUMPER
    2     R&I    R&I REAR BUMPER BUMPER COVER                1.0
    3*    RPR    BUMPER COVER/ BLEND          *              2.0*    2.8
    4            ADD FOR CLEAR COAT                                   1.1
    5#    REPL   FLEX   ADDITIVE          1    12.00   T
    6#    REFN   TINT COLOR                                           0.5
    7#           NON TAXED P&M@ $4.00 PER PNT  1          X   4.4  1
                 HR.
------------------------------------------------------------------------
                            SUBTOTALS ==>     12.00         7.4      4.4

                                  1
```

```
10/17/2002 AT 08:51 AM                                  FILE ID: HK265066
52028
                            ESTIMATE OF RECORD
              2000 DODG NEON ES 4-2.0L-FI 4D SED SILVER INT:

                    PARTS                                            0.00
                    BODY LABOR          3.0 HRS  @$ 33.50/HR        100.50
                    PAINT LABOR         4.4 HRS  @$ 33.50/HR        147.40
                    ADD PAINT SUPPLIES  4.4 HRS  @$  4.00/HR         17.60
                    PAINT SUPPLIES      4.4 HRS  @$ 11.00/HR         48.40
                    SUBLET/MISC.                                     12.00
                    ----------------------------------------------------
                    SUBTOTAL                                    $   325.90
                    SALES TAX           $   60.40 @ 5.0000%          3.02
                    ----------------------------------------------------
                    TOTAL COST OF REPAIRS                       $   328.92

                    ADJUSTMENTS:
                       DEDUCTIBLE                                     0.00
                    ----------------------------------------------------
                    TOTAL ADJUSTMENTS                           $     0.00
                    NET COST OF REPAIRS                         $   328.92
```

THIS IS NOT A REPAIR ORDER.  DEDUCTIBLES, BETTERMENTS AND PREVIOUS DAMAGE, IF
INCLUDED IN THE APPRAISAL, WILL BE DEDUCTED FROM ANY SETTLEMENT WITHT THE
OWNER.  ALL REPAIRS MUST BE AUTHORIZED BY THE VEHICLE OWNER. SUPPLEMENTAL
REPAIR CHARGES MAY BE REJECTED UNLESS APPROVED PRIOR TO REPAIRS !

APPRAISER:_____

LICENSE#:_____

  ESTIMATE BASED ON MOTOR CRASH ESTIMATING GUIDE.  UNLESS OTHERWISE NOTED ALL
  ITEMS ARE DERIVED FROM THE GUIDE DR3PL00 DATABASE DATE 7/2002 AND THE PARTS
    SELECTED ARE OEM-PARTS MANUFACTURED BY THE VEHICLES ORIGINAL EQUIPMENT
   MANUFACTURER.  ASTERISK (*) OR DOUBLE ASTERISK (**) INDICATES THAT THE PARTS
  AND/OR LABOR INFORMATION PROVIDED BY MOTOR MAY HAVE BEEN MODIFIED OR MAY HAVE
      COME FROM AN ALTERNATE DATA SOURCE.  NON-ORIGINAL EQUIPMENT MANUFACTURER
     AFTERMARKET PARTS ARE DESCRIBED AS AM OR QUAL REPL PARTS.  USED PARTS ARE
       DESCRIBED AS LKQ, QUAL RECY PARTS, RCY, OR USED.  RECONDITIONED PARTS ARE
     DESCRIBED AS RECON.  RECORED PARTS ARE DESCRIBED AS RECORE.  NAGS PART NUMBERS
     AND PRICES ARE PROVIDED FROM NATIONAL AUTO GLASS SPECIFICATIONS, INC.  POUND
                        SIGN (#) ITEMS INDICATE MANUAL ENTRIES.

              PATHWAYS - A PRODUCT OF CCC INFORMATION SERVICES INC.

2

```
10/17/2002 AT 08:51 AM                                          FILE ID: HK265066
52028
                              ESTIMATE OF RECORD
              2000 DODG NEON ES 4-2.0L-FI 4D SED SILVER INT:

                              ALTERNATE PARTS USAGE


                                AFTERMARKET PARTS

                  AFTERMARKET SELECTION METHOD:    AUTOMATICALLY LIST

   NO. OF TIMES USER WAS NOTIFIED THAT AN AFTERMARKET PART WAS AVAILABLE:    1

           NO. OF AFTERMARKET PARTS THAT APPEAR IN THE FINAL ESTIMATE:       0
```

3



# CORNELL & GOLLUB
ATTORNEYS AT LAW
75 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 482-8100
TELECOPIER (617) 482-3917
cgmail@cornellgollub.com

DAVID H. SEMPERT
PETER M. DURNEY°+
DAVID W. McGOUGH••+
THOMAS A. PURSLEY◊+
MARIE CHADEAYNE CHAFE△
JAMES P. KERR△
PATRICIA A. HARTNETT◊
GREGG P. BAILEY△
CHRISTINE A. KNIPPER
JAY W. HANNON
CARLO F. BONAVITA
JESSICA L. FRITZ☆△
NORAH K. MALLAM☆
KARA THORVALDSEN◊

ROBERT W. CORNELL
(1910-1987)
KARL L. GOLLUB
(1934-1985)

RHODE ISLAND OFFICE

148 MAIN STREET
WAKEFIELD, RHODE ISLAND 02879

TELEPHONE (401) 782-2072
TELECOPIER (401) 782-4941

△ ALSO ADMITTED IN CONNECTICUT
° ALSO ADMITTED IN MAINE
+ ALSO ADMITTED IN NEW HAMPSHIRE
☆ ALSO ADMITTED IN NEW YORK
•• ALSO ADMITTED IN PENNSYLVANIA
◊ ALSO ADMITTED IN RHODE ISLAND

February 22, 2006

Jennifer Lamanna, Esq.
ERCOLINI & LAMANNA
380 Pleasant Street, Suite 2-4
Malden, MA 02148

RE:   Deborah Sirotkin Butler v. DaimlerChrysler Corporation

Dear Ms. Lamanna:

Enclosed please a copy of the documents received pursuant to the Keeper of the Records deposition subpoena to Commerce Insurance.

Very truly yours,

Sheryl A. Maselli, R.N.
Paralegal

SAM/bmh
Enclosure

# CORNELL & GOLLUB
ATTORNEYS AT LAW
75 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 482-8100
TELECOPIER (617) 482-3917
cgmail@cornellgollub.com

DAVID H. SEMPERT
PETER M. DURNEY◊+
DAVID W. McGOUGH**+
THOMAS A. PURSLEY◊+
MARIE CHADEAYNE CHAFE△
JAMES P. KERR△
PATRICIA A. HARTNETT◊
GREGG P. BAILEY△
CHRISTINE A. KNIPPER
JAY W. HANNON
CARLO F. BONAVITA
JESSICA L. FRITZ☆
NORAH K. MALLAM☆
KARA THORVALDSEN◊

ROBERT W. CORNELL
(1910-1987)
KARL L. GOLLUB
(1934-1985)

RHODE ISLAND OFFICE

148 MAIN STREET
WAKEFIELD, RHODE ISLAND 02879

TELEPHONE (401) 782-2072
TELECOPIER (401) 782-4941

△ ALSO ADMITTED IN CONNECTICUT
° ALSO ADMITTED IN MAINE
+ ALSO ADMITTED IN NEW HAMPSHIRE
☆ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN PENNSYLVANIA
◊ ALSO ADMITTED IN RHODE ISLAND

February 24, 2006

Jennifer Lamanna, Esq.
ERCOLINI & LAMANNA
380 Pleasant Street, Suite 2-4
Malden, MA  02148

RE:    Deborah Sirotkin Butler v. DaimlerChrysler Corporation

Dear Ms. Lamanna:

Enclosed please a copy of additional documents received pursuant to the Keeper of the Records deposition subpoena to Commerce Insurance.

Very truly yours,

Sheryl A. Maselli, R.N.
Paralegal

SAM/bmh
Enclosure



32100 Dobbin-Huffsmith Road        Magnolia, Texas    77354
Phone: (281) 363-0888              Fax: (281) 363-0821

# Deborah Sirotkin Butler

## v.

# DaimlerChrysler Corporation

Report Prepared For:

Mr. James P. Kerr
Cornell & Gollub
75 Federal Street
Boston, Massachusetts  02110

Prepared By:

*[signature]*

Nicholas J. Durisek, Ph.D., P.E.

November 27, 2006

*Butler v. DaimlerChrysler Corp.*

## Crash Background

*General*

According to the Operator's Report filed by Ms. Deborah Sirotkin Butler, the crash that is the subject of this lawsuit occurred at approximately 2:30 p.m. on Monday, October 07, 2002 at the intersection of Middlesex Turnpike and the exit ramp for southbound Interstate 95 in Middlesex County, Massachusetts. Ms. Deborah Butler was driving a 2000 Dodge Neon and was stopped at the exit ramp traffic light waiting to turn left onto Middlesex Turnpike at the same time Ms. Charlotte Sanford was driving a 1995 Geo Prism on the same exit ramp. Ms. Butler began to accelerate from the stop when she was bumped from behind by the Geo Prism driven by Ms. Sanford. The operator's report filed by Ms. Butler indicates no damage to the Prism and "unknown" and "undercarriage" damage to the Neon. The police did not investigate this crash.

*Vehicles Involved in the Crash*

I inspected the subject Dodge Neon on October 10, 2006. It was a silver 2000 Dodge Neon front wheel drive (VIN 1B3ES46C6YD874948) equipped with a 2.0 liter I-4 engine and automatic transmission. The odometer is digital and I was unable to observe the mileage at the time of my inspection. The front two tires were Goodyear Eagle LS P185/60R15 tires and the rear two tires were Delta Sentinel P185/60R15 tires. The tires on the vehicle were installed sometime after the crash. The lower lateral links on the left rear suspension were bent in a manner that is consistent with vehicle handling with a fork lift. The front of the vehicle was partially disassembled at the time of my inspection. The rear bumper cover was misaligned and was broken near the left taillight lens and the left lower corner of the trunk. Photographs nearer the time of the crash show that this break in the bumper cover happened sometime after the crash. In fact, photographs nearer the time of the crash do not show discernable damage to the bumper cover except for a smudge left of the license plate. The rear bumper cover was removed during my inspection; it was determined to be a replacement bumper cover, consistent with the vehicle repair records. In addition, the foam bumper that is typically attached to the metal bumper support was instead attached to the replacement bumper cover with silver tape. A pinch weld on left rear corner of the Neon under the taillight lens was bent inward and the left corner of the metal bumper support was slightly deformed. No gouging or scoring existed on the inside of the bumper cover consistent with this damage; therefore the damage likely occurred prior to the replacement bumper cover's installation. I was unable to find residual damage to the rear of the Neon that was attributable to the subject crash. Repair records indicate that the subject vehicle was involved in a rear end collision on July 30, 2001 and the rear bumper cover was replaced at the time. Repair records for the subject crash indicate that the bumper cover was not replaced, but it was repainted. I inspected this vehicle for mechanical problems that could have contributed to this crash but found none.

The Geo Prism that Ms. Sanford was driving was not available for my inspection. According to available information, it was a 1995 Geo Prism equipped with a manual transmission. No photographs of this vehicle were available for my review. According to Ms. Sanford's deposition testimony, there was no damage to the Geo as a result of the contact with the Dodge Neon.

*N. J. Durisek, Ph.D., P.E.  – p. 2*

*Butler v. DaimlerChrysler Corp.*

*Drivers*

Ms. Deborah Butler (age 54) was the driver of the Dodge Neon. According to her description in the Operator's Report, the light had turned green, she took her foot off the brake and her vehicle was driven into from behind before her vehicle began to move. In her deposition, Ms. Butler stated that the light was still red at the time of the collision. Ms. Charlotte Sanford was (age 38) was the driver of the Geo Prism. According to her testimony, she was stopped at the traffic light when her "…foot came off the pedal – the brake, and the car started just a very slow roll…" until it bumped Ms. Butler's rear bumper.

*Crash Scene*

I inspected the crash scene on October 10, 2006. The crash occurred in Middlesex County, Massachusetts, on the southbound Interstate 95 exit ramp (Exit 32B) at the intersection with Middlesex Turnpike. At the time of the crash, it was daylight, clear, and the road surface was dry. The speed limit on the exit ramp was not posted. It is a single lane exit ramp that is bordered on the outside by a concrete curb and guardrail and on the inside by a concrete curb and a grass median. For traffic exiting Interstate 95, the exit ramp turns to the right and then to the left before splitting to separate the traffic heading toward Burlington (right turn) from the traffic heading toward Arlington (left turn) on Middlesex Turnpike. There is clear visibility from the left curve to the traffic signal. The island divider is primarily grass and is bordered by concrete curb. The roadway is crowned, has superelevation in the curves, and is composed of asphalt. Approaching the stoplight, the travel lane generally has a downward slope that flattens, rises slightly, and then decreases again prior to the stop bar for traffic heading toward Arlington on Middlesex Turnpike. The road was found to be in good repair; I did not identify any conditions or defects at the scene that would have caused this crash.

## Crash Reconstruction

Using the physical evidence gathered at the scene and vehicle inspections, police information, accepted engineering principles and techniques, and all information that I have reviewed regarding this crash, I have determined the vehicles' most likely motions during the crash. Ms. Butler was either stopped at the Middlesex Turnpike traffic light or just beginning to move forward from a stop after the light turned green when Ms. Sanford's vehicle contacted her vehicle from behind. Ms. Stanford stated that she was stopped at the light when her foot came off the brake pedal and she rolled forward into the rear of Ms. Butler's vehicle. There was no repaired damage to the Geo Prism driven by Ms. Sanford and the bumper cover to the Neon was repainted as a result of the contact. No permanent damage to the rear of the Neon could be attributed to this crash during my vehicle inspection. If Ms. Sanford's Neon was traveling between 5 and 10 miles per hour at the time of impact, and Ms. Butler's vehicle was traveling approximately 0 and 4 miles per hour at the time of impact, the corresponding Delta-V of Ms. Butler's Neon was likely less than 5 miles per hour. The Principle Direction of Force (PDOF) of the impact was likely between 5 o'clock and 7 o'clock, depending on the vehicles' orientations at the stop light. Objects in the Neon would move rearward as a result of the contact from Geo.

*Butler v. DaimlerChrysler Corp.*

## Closing

In performing my analysis, I have determined that Ms. Sanford drove her Geo Prism into the rear of Ms. Butler's Neon at a relatively low speed. This is consistent with reported damage to the Prism and the Neon, as well as the lack of residual damage seen during my vehicle inspection of the subject Neon. The longitudinal Delta-V underwent by the Neon was likely less than 5 miles per hour with a PDOF that is likely between 5 o'clock and 7 o'clock. Objects in the Neon would move rearward as a result of the contact from Geo.

I earned a Bachelor of Science in 1992, a Master of Science in 1993, and a Doctor of Philosophy in 1997 in mechanical engineering at The Ohio State University in Columbus, Ohio. In addition to my formal engineering training and including my graduate research, I have over fourteen years engineering experience in automotive engineering and I am a registered professional engineer by examination. An attached curriculum vita summarizes my engineering experience and it describes the background and training that I may use to draw conclusions and opinions.

All of the opinions in this report are expressed with a reasonable degree of engineering certainty and are based on my education, training, and experience that are outlined in my curriculum vitae attached hereto. Also attached is a list of my previous testimony. Tandy Engineering & Associates, Inc. charges $295 per hour for my services in this matter. I reserve the right to supplement or modify my opinions if additional information becomes available or in response to the work and opinions of other experts.

*Butler v. DaimlerChrysler Corp.*

## Items Received and Reviewed

1. Operator's Report
2. Complaint
3. Miscellaneous legal documents
4. Vehicle information
5. Vehicle Photographs
6. Vehicle Photographs by H. Smith
7. Medical records
8. Depositions and Exhibits of: Deborah Butler (03/15/2005, 04/07/2006), Charlotte Sanford (03/31/2006), and Mark Crossman (04/13/2006)
9. Deposition of Guy Nusholtz (05/31/2006)

## Additional Information Reviewed

1. Vehicle information on the 2000 Dodge Neon from VinPOWER, Canadian Vehicle Specifications, and NADA.
2. Fricke, Lynn, *Traffic Accident Reconstruction*, First Edition.
3. Warner, C. Y., *et al.*, SAE Paper No. 830612, "Friction Applications in Accident Reconstruction."
4. McConnell, W. E., *et al.*, "Analysis of Human Test Subject Kinematic Responses to Low Velocity Rear End Impacts," SAE Paper No. 930889.
5. Tanner, C.B., "Coefficients of Restitution for Low and Moderate Speed Impacts with Non-Standard Impact Configurations," SAE Paper No. 2001-01-0891.

In addition to the material listed, during the course of my career, I have reviewed numerous documents, materials, reports, and standards published by but not limited to: The Society of Automotive Engineers (SAE); The American Society of Mechanical Engineers (ASME); International Standards Organization (ISO); The Tire and Rim Association (TRA); texts and journals written by engineers and scientists, scientists and safety experts within the industry; and Notices, research reports, studies and Standards issued by the U.S. Department of Transportation concerning automobile design and research. These materials and documents also serve as part of the bases for my opinions.



32100 Dobbin-Huffsmith Road    Magnolia, Texas 77354
Phone: (281) 363-0888    Fax: (281) 363-0821

# *Nicholas J. Durisek, Ph.D., P.E.*

### DEPOSITION & TRIAL TESTIMONY

| | | |
|---|---|---|
| Smith (Sandra) v. DaimlerChrysler<br>Greenbrier County, West Virginia | 01-C-35 | 05/17/02 |
| Hansen (Donald H.) v. Isuzu<br>Dist. Of South Carolina Columbia Division | 3:00-3912-10 | 07/28/03 |
| Kirk (Brian, Sr.) v. Walter R. Herron<br>Ross County, Ohio | 02C1000305 | 10/02/03 |
| Villegas (Jose Fernandez) v. The Hertz Corporation<br>Dade County, Florida | 02-17664 | 10/24/03 |
| Odom (J. Taylor) v. Mitsubishi<br>Dist. Of South Carolina, Columbia Division | 3:03-CV-585-24 | 06/14/04 |
| Esmejarda (Emiliano) v. DaimlerChrysler<br>Bergen County, New Jersey | BER-L-779-02 | 07/13/04 |
| McCuller (Judy) v. DaimlerChrysler<br>Marshall, Texas | 2-04CV-339-TJW | 09/08/05 |
| Viapiano (Elaine) v. DaimlerChrysler<br>Bergen County, New Jersey | BER-L-8193-02 | 11/02/05 |
| Dozoretz (Danielle) v. Ford<br>Los Angeles, California | BC301741 | 11/14/05 |
| West (Allen) v. Rinker Materials Corp.<br>Citrus County, Florida | 04-CA-3399 | 01/03/06 |
| Harlow (Timothy) v. DaimlerChrysler<br>Marshall, Texas | 2:05-CV-207(TJW) | 03/17/06 |
| Viapiano (Elaine) v. DaimlerChrysler<br>Bergen County, New Jersey | BER-L-8193-02 | 05/03,04/06<br>(Trial) |
| Bracken (Ronene) v. Ford<br>Clark County, Nevada | CV-S-04-1543-RLJ-RJJ | 08/14/06 |
| Rodgers (Fred and Anne) v. DaimlerChrysler<br>Western District, Texas | 05-CV-1014 | 09/11/06 |
| McCuller (Judy) v. DaimlerChrysler<br>Marshall, Texas | 2-04CV-339-TJW | 09/20/06<br>(Trial) |



32100 Dobbin-Huffsmith Road    Magnolia, Texas 77354
Phone: (281) 363-0888    Fax: (281) 363-0821

# *Nicholas J. Durisek, Ph.D., P.E.*

## Specialized Professional Competence

- Crash reconstruction and failure analysis.
- Vehicle dynamics testing and simulation, vehicle parameter measurement, simulation evaluation.
- Design, testing, and evaluation of vehicle crashworthiness, air bags, and automotive chassis systems; computer aided engineering, computer modeling of design, and design verification.
- Risk analysis of mechanical designs including the identification of failure modes and assessment of consequences of failure.

## Professional Qualifications

- Doctor of Philosophy, Mechanical Engineering, The Ohio State University, 1997
  Dissertation: *Simultaneous Overall Measurement Uncertainty Reduction for Multi-Parameter Macro-Measurement System Design*

- Master of Science, Mechanical Engineering, The Ohio State University, 1993
  Thesis: *Conceptual Design of a Vehicle Inertia Measurement Facility (VIMF)*

- Bachelor of Science, Mechanical Engineering, The Ohio State University, 1992

- Tandy Engineering & Associates, Inc.
  Engineer – 2003 to present

- S.E.A., Inc. (SEA, Ltd.)
  Senior Project Engineer – 2001 to 2003
  Researcher (part-time) – 1993 to 1995

- Ford Motor Company (Jaguar Cars, Ltd.)
  Senior Project Engineer / Program Analyst – 1999 to 2001
  Product Development Engineer – 1997 to 1999

- The Ohio State University, Department of Mechanical Engineering
  Graduate Research Associate/Graduate Teaching Associate – 1993 to 1996

- Battelle Memorial Institute, Chemical Warfare Defense, Researcher – 1990 to 1992

- Professional Engineer: Ohio Registration No. 66693, South Carolina Registration No. 22899

- Memberships: American Society for Engineering Education (ASEE); American Society of Mechanical Engineers (ASME); Society of Automotive Engineers (SAE), Ohio Society of Professional Engineers (OSPE), National Society of Professional Engineers (NSPE)

- Honors and Awards: University Fellowship, DuPont Fellowship, Tau Beta Pi, Pi Tau Sigma, Phi Kappa Phi, Golden Key National Honor Society

8/29/2006