UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. : 05-11679-JLT

DEBORAH SIROTKIN BUTLER
    Plaintiff,

v.

DAIMLERCHRYSLER CORPORATION
    Defendant.

**PLAINTIFF DEBORAH SIROTKIN BUTLER'S
SUR-REPLY TO DEFENDANT'S RESPONSE TO HER OPPOSITION
TO ITS "EMERGENCY MOTIONFOR LEAVE TO DEPOSE A FACT WITNESS,
KEITH MOSS"**

    Now comes the Plaintiff, Deborah Sirotkin Butler, and hereby responds to Chrysler Corporation's response to her opposition to its Emergency Motion for Leave to Depose a Fact Witness, Keith Moss.   Contrary to the assertions contained in Chrysler's response, the Plaintiff is not claiming that she did not know of the existence of either the appraisal report or the photograph, nor is she claiming that Chrysler did not identify the photograph in its pretrial memorandum as a potential exhibit.  Mrs. Butler's claim of unfair surprise is based upon the fact that she has been aware, as Chrysler apparently has not, that Chrysler had not identified witnesses which would render these items, the accuracy of which is disputed, admissible at trial. As previously stated, Mrs. Butler has prepared for trial in reliance on the fact that Chrysler has never identified any individual who could authenticate the photograph in any of its previous pretrial submissions.  Further, the appraisal is not rendered admissible, and an appropriate foundation is not laid for the appraisal, merely by Chrysler's identification of the Keeper of the Record for an insurance company.  To allow Chrysler to make up for the neglect of this allegedly crucial witness by allowing last minute supplementation of its witness and exhibit list, and the

conduct of an emergency deposition, constitutes unfair surprise. At this late date, Mrs. Butler cannot counter the opinions stated in Mr. Moss' appraisal. Mrs. Butler had every reason to believe that this appraisal would not be an issue at trial, as it was noticeably absent from Chrysler's exhibit list and expert disclosures, and Chrysler should not be allowed to reap the benefits of her reasonable reliance. Therefore, Mrs. Butler respectfully requests that the Defendant Daimler Chrysler's motion be denied.

    Respectfully submitted,
    Deborah Sirotkin Butler,
    By her attorney,

    /s/ Jennifer M. Lamanna
    Jennifer M. Lamanna, Esq.
    BBO#637434
    jenniferlamanna@verizon.net
    ERCOLINI & LAMANNA
    380 Pleasant Street, Suite 24
    Malden, MA  02148
    (781) 324-2425

**CERTIFICATE OF SERVICE**

I, Jennifer M. Lamanna, attorney for the Plaintiff, Deborah Sirotkin Butler, hereby certify that on the 22nd day of March, 2007, a true copy of the foregoing Plaintiff's document will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served via first-class mail, postage prepaid, upon anyone indicated as a non-registered participant, including:
Peter M. Durney, Esq., at PDurney@cornellgollub.com and
James, Kerr, Esq., at JKerr@cornellgollub.com

    /s/ Jennifer M. Lamanna

    Jennifer M. Lamanna, Esq.