UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DEBORAH SIROTKIN BUTLER,**
    Plaintiff,

   V                    CA 05-11679-JLT

**CHRYSLER CORPORATION**
   Defendant.

## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

   The court having been advised on March 27, 2007 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within <u>30</u> days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                       Zita Lovett
                                       /s/Zita Lovett
                                       _____
                                       **Deputy Clerk**

March 27, 2007.