UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-11679-JLT

DEBORAH SIROTKIN BUTLER
    Plaintiff,

v.

CHRYSLER CORPORATION
    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Deborah Sirotkin Butler and Defendant DaimlerChrysler Corporation hereby agree and stipulate, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this entire action, including any and all claims and potential claims or any causes of actions of Plaintiff, be dismissed with prejudice and with each party bearing their own costs and attorneys' fees.

Plaintiff,
Deborah Sirotkin Butler,
By her attorney,

/s/Jennifer M. Lamanna
Jennifer Lamanna, BBO # 637434
jenniferlamanna@verizon.net
ERCOLINI & LAMANNA
454 Broadway, Suite 306
Revere, MA 02151
(781) 284-2768

Defendant,
DaimlerChrysler Corporation,
By its attorneys,

/s/ Peter M. Durney
Peter M. Durney, BBO # 451560
 PDurney@cornellgollub.com
 James P. Kerr, BBO # 564538
JKerr@cornellgollub.com
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

## CERTIFICATE OF SERVICE

I, James P. Kerr, attorney for the defendant, DaimlerChrysler Corporation, hereby certify that on the 9th day of April, 2007, a true copy of the foregoing Stipulation of Dismissal With Prejudice, will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/  James P. Kerr_____
James P. Kerr